**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Advanced Reimbursement Solutions, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5653505** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8465 N. Pima Road, Suite 200 Scottsdale, AZ 85258** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5416_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **American Surgical Development, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Arizona** | When | Case number, if known |

**11.  Why is the case filed in    *Check all that apply:***
    ***this district?***

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
    **have possession of any**     ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**
                                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                      What is the hazard?  _____

                                   ☐ It needs to be physically secured or protected from the weather.

                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other  _____

                                   **Where is the property?**  _____

                                                              Number, Street, City, State & ZIP Code

                                   **Is the property insured?**

                                   ☐ No

                                   ☐ Yes.  Insurance agency  _____

                                            Contact name     _____

                                            Phone            _____

---

**■■  Statistical and administrative information**

**13.  Debtor's estimation of    .     *Check one:***
    **available funds**
                                       ■ Funds will be available for distribution to unsecured creditors.

                                       ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
    **creditors**               ■ 50-99                    ☐ 5001-10,000            ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                 ☐ 200-999

**15.  Estimated Assets**        ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 23, 2022**
MM / DD / YYYY

X **/s/ Bryan Perkinson**
Signature of authorized representative of debtor

**Bryan Perkinson**
Printed name

Email Address of debtor

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Philip J. Giles**
Signature of attorney for debtor

Date **September 23, 2022**
MM / DD / YYYY

**Philip J. Giles 30340**
Printed name

**Allen Barnes & Jones, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone **602-256-6000**      Email address **pgiles@allenbarneslaw.com**

**30340 AZ**
Bar number and State

| Debtor name | **Advanced Reimbursement Solutions, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Small Business Administration Office of Disaster Assistance 14925 Kingsport Road Fort Worth, TX 76155** | | **PPP Loan - applications for forgiveness have been submitted** | | | | **$4,572,827.00** |
| **King & Spalding, LLP P.o. Box 116133 Atlanta, GA 30368-6133** | | legal services | **Disputed** | | | **$2,352,064.74** |
| **Concentrix 2000 Wade Hampton Blvd. Greenville, SC 29615** | | vendor debt | | | | **$702,876.63** |
| **Robotic Surgery Center 604 W. Warner Road Suite A Chandler, AZ 85225** | | amounts owed pursuant to billing agreement | | | | **$179,073.22** |
| **Rural/Metro Operating Company LLC 8465 N. Pima Road, Suite 100 Scottsdale, AZ 85258** | | vendor debt | | | | **$178,341.30** |
| **Thorpe Shwer 3200 N. Central Avenue Suite 1560 Phoenix, AZ 85012** | | legal services | | | | **$85,019.98** |

Case 2:22-bk-06372-BKM    Doc 1    Filed 09/23/22    Entered 09/23/22 19:32:10    Desc
Main Document        Page 5 of 29

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Papetti Samuels Weiss LLP 15169 North Scottsdale Road, Suite 205 Scottsdale, AZ 85254** | | legal fees | | | | $52,163.50 |
| **CS Disco, Inc. P.O. Box 670533 Dallas, TX 75267-0533** | | vendor debt | **Contingent** | | | $50,000.00 |
| **Goodlife Surgery Center, LLC 1231 Cabrillo Ave, Suite 201A Torrance, CA 90501-2867** | | amounts owed pursuant to billing agreement | | | | $44,304.24 |
| **Lara A. Albertson 6224 E. Kelton Lane Scottsdale, AZ 85254** | | commissions earned | | | | $34,957.07 |
| **BCG Anesthesia PLLC 12955 N. 145th Ave Surprise, AZ 85379** | | amounts owed pursuant to billing agreement | | | | $28,904.61 |
| **Goodlife Physical Medicine Group 1300 S. Pacific Coast Highway, Suite 201 Redondo Beach, CA 90277** | | amounts owed pursuant to billing agreement | | | | $26,489.96 |
| **Proskauer Rose LLP One International Place Boston, MA 02110-2600** | | services | | | | $24,942.48 |
| **Jeffrey Webb 3714 S. Ponderosa Drive Gilbert, AZ 85297** | | commission earned | | | | $23,064.25 |
| **CSC P.O. Box 7410023 Chicago, IL 60674-5023** | | vendor debt | | | | $19,475.50 |
| **Union Pain Group, LLC 21001 N. Tatum Blvd., Suite 1630-606 Phoenix, AZ 85050** | | amounts owed pursuant to billing agreement | | | | $15,479.13 |

Case 2:22-bk-06372-BKM    Doc 1    Filed 09/23/22    Entered 09/23/22 19:32:10    Desc
Main Document     Page 6 of 29

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aflac 1932 Wynnton Road Columbus, GA 31999-0001** | | **vendor debt** | | | | **$12,836.00** |
| **GIS Benefits, Inc. P.O. Box 1806 San Antonio, TX 78296** | | **vendor debt** | | | | **$12,365.85** |
| **United Healthcare Insurance Company 22561 Network Place Chicago, IL 60673-1225** | | **litigation claims** | | | | **unknown** |
| **Aetna, Inc. 151 Farmington Avenue Hartford, CT 06156** | | **litigation claims** | | | | **unknown** |

Advanced Reimbursement Solutions, LLC -

4 SEASONS
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


737 PARK AVENUE SURGERY SUITE, PC
737 PARK AVENUE, UNIT D
NEW YORK NY 10021


918 WELLNESS, LLC
1320 E. 15T ST.
TULSA OK 74120


A&N HEALTH SOLUTIONS, LLC
12607 OLIVE BLVD
ST. LOUIS MO 63141


AETNA BEHAVIORAL HEALTH, LLC
P.O. BOX 783791
PHILADELPHIA PA 19178


AETNA, INC.
151 FARMINGTON AVENUE
HARTFORD CT 06156


AFFILIATED PRO MONITORING, LLC
3317 SOUTH HIGLEY RD. SUITE 114 PMB 298
CHANDLER AZ 85297


AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31999-0001


AHWATUKEE AMBULATORY SURGERY CENTER, LLC
15810 S. 45TH ST. PHOENIX, AZ 85048
SUITE 150
PHOENIX AZ 85048

Advanced Reimbursement Solutions, LLC -


ALL COPY PRODUCTS, INC.
1635 W. 13TH AVENUE
DENVER CO 80204


ALL COPY PRODUCTS, INC.
P.O. BOX 660831
DALLAS TX 75266-0831


ALLIED MONITORING, LLC
3317 SOUTH HIGLEY RD.
SUITE 114 PMB 298
CHANDLER AZ 85297


ALTUS RECEIVABLES MANAGEMENT
2400 VETERANS MEMORIAL BLVD., SUITE 300
KENNER LA 70062


AMERIAN SURGICAL DEVELOPMENT, LLC
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


AMERICAN EXPRESS CENTURION
P.O. BOX 981535
EL PASO TX 79998-1535


AMERICAN EXPRESS PLATINUM
P.O. BOX 981535
EL PASO TX 79998-1535


ANMM
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


AP MEDICAL, LLC
1131 W. MAIN ST. STE. A
BLUE SPRINGS MO 64015

Advanced Reimbursement Solutions, LLC -

APOLLO MONITORING SERVICES, LLC
1100 GLADE RD #2
COLLEYVILLE TX 76034

ARIZONA PAIN DOCTORS LLC
10025 E. DYNAMITE RD.
#B150
SCOTTSDALE AZ 85262

ASSOCIATED MEDICAL GROUP LLC
6424 E. BROADWAY ROAD, SUITE 102
MESA AZ 85206

ASSOCIATED MEDICAL GROUP, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206

AVAILITY, LLC
P.O. BOX 844781
DALLAS TX 75284-4781

AZ MED GROUP LLC
21001 N. TATUM BLVD., SUITE 1630-606
PHOENIX AZ 85050

AZ PAIN SOLUTIONS LLC
2735 W. UNION HILLS DRIVE
SUITE 101
PHOENIX AZ 85050

AZ SURGICAL CENTER LLC
5133 N. CENTRAL AVE., #100
PHOENIX AZ 85012

BANNER OCCUPATIONAL HEALTH CLINICS
P.O. BOX 29614
PHOENIX AZ 85038

BASKET MEDICAL, PLLC
6221 SHALLOWFORD RD.
SUITE 100
CHATTANOOGA TN 37421


BCG ANESTHESIA PLLC
12955 N. 145TH AVE
SURPRISE AZ 85379


BCG ANESTHESIA, PLLC
12955 N. 145TH AVE. SURPRISE, AZ 85379
SURPRISE AZ 85379


BIO-OPUS
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


BLUE ANESTHESIA MANAGEMENT, LLC
1844 E. 15TH ST. TULSA, OK 74104
TULSA OK 74104


BONAVENTURE NGU, MD, PLLC
1485 FM 1960 BYPASS RD. E
SUITE 360
HUMBLE TX 77338


BRANDON MALDONADO
3436 N. 38TH PLACE
PHOENIX AZ 85018


BSP ASSOCIATES, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


CAPITAL ANESTHESIA CONSULTANTS, LLC
14404 STONEY BROOK BLVD
OMAHA NE 68137

Advanced Reimbursement Solutions, LLC -


CARRY ON CHIROPRACTIC, INC.
4501 BIRCH ST., #A
NEWPORT BEACH CA 92660


CARRY ON CHIROPRACTIC, INC.
4501 BIRCH STREET SUITE A
NEWPORT BEACH CA 92660


CASC LLC
113 S. LINDSEY ROAD
GILBERT AZ 85296


CATALYST DIAGNOSTICS PROFESSIONALS, INC.
1231 CABRILLO AVE. SUITE. 203
TORRANCE CA 90501


CENTURYLINK BUSINESS SERVICES
P.O. BOX 52187
PHOENIX AZ 85072-2187


CERRITOS SURGERY CENTER, LLC
16543 CARMENITA RD.
CERRITOS CA 90703


CHOICE SPINE & PAIN, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


CHRIS MALDONADO
3918 E. ROCKINGHAM ROAD
PHOENIX AZ 85050


CHRISTOPHER R. WOOD, PC
4550 E. BELL RD. BLDG 6, STE. 152
PHOENIX AZ 85032

Advanced Reimbursement Solutions, LLC -

CLOUD 9 ANESTHESIOLOGY ASSOCIATES, LLC
7010 E. CHAUNCEY LN. SUITE 215
PHOENIX AZ 85054


COLT ANETHESIA, LLC
3724 N. 3RD ST., SUITE 301
PHOENIX AZ 85012


COMMONS WEST SURGICAL MANAGEMENT, LLC
901 MAIN ST. STE. 550
DALLAS TX 75202


CONCENTRIX
2000 WADE HAMPTON BLVD.
GREENVILLE SC 29615


CONCENTRIX SOLUTIONS CORPORATION
ATTN: DAVID ST. PIERRE/TREASURY
39899 BALENTINE DRIVE, SUITE 235 N
NEWARK CA 94560


CS DISCO, INC.
P.O. BOX 670533
DALLAS TX 75267-0533


CSC
P.O. BOX 7410023
CHICAGO IL 60674-5023


DESERT RIDGE PROFESSIONAL LLC
21001 N. TATUM BLVD., SUITE 78-1640
PHOENIX AZ 85050


DESERT SKY SURGERY CENTER, LLC
20045 N. 19TH AVE. BUILDING 12
PHOENIX AZ 85027

DESSALINES SPORTS MEDICINE, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


DUKE INTEGRATED HEALTHCARE SPECIALISTS,
21300 PROVINCIAL BLVD. SUITE 200
KATY TX 77450


ELEVATE ANESTHESIA SERVICES, INC.
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


ENHANCE MEDICAL, LLC
ATTN: MARK BABINSKI
1193 N. GARY AVE
CAROL STREAM IL 60188-9423


ERIC EIFLER, MD, PLLC
2905 W. WARNER RD. SUITE 19
CHANDLER AZ 85224


FACILITIES BILLING ASSOCIATES LLC
10025 E. DYNAMITE ROAD
#B-130
SCOTTSDALE AZ 85262


FAEGRE DRINKER BIDDLE & REATH LLP
ATTN: CRAIG COLEMAN
2200 WELLS FARGO CENTER, 90 S. 7TH ST
MINNEAPOLIS MN 55402-3901


FANGMAN ORAL AND FACIAL SURGERY PROFESSI
5600 W. 44TH AVE. UNIT 100
DENVER CO 80212


FED EX
P.O. BOX 7221
PASADENA CA 91107-7321

FOLEY & LADNER LLP
ATN GEOFFREY S. GOODMAN
321 NORTH CLARK ST., #3000
CHICAGO IL 60654


FORTIS ANESTHESIA MANAGEMENT, LLC
12607 OLIVE BLVD
ST. LOUIS MO 63141


GEORGE R. VITO, DPM
8745 LAKE STREET RD
LE ROY NY 14882


GIS BENEFITS, INC.
P.O. BOX 1806
SAN ANTONIO TX 78296


GL SURGERY CENTER, LLC
1231 CABRILLO AVE. SUITE. 201A
TORRANCE CA 90501


GLENDALE PAIN TREATMENT CENTER, LLC
18301 N. 79TH AVE. SUITE F168
GLENDALE AZ 85308


GLENDALE REGENERATIVE MEDICINE, PLLC
18301 N. 79TH AVE. SUITE F168
GLENDALE AZ 85308


GOODLIFE PHYSICAL MEDICINE CORP
1231 CABRILLO AVE. SUITE. 201A
TORRANCE CA 90501


GOODLIFE PHYSICAL MEDICINE GROUP
1300 S. PACIFIC COAST HIGHWAY, SUITE 201
REDONDO BEACH CA 90277

GOODLIFE SURGERY CENTER, LLC
1231 CABRILLO AVE, SUITE 201A
TORRANCE CA 90501-2867


GOODLIFE SURGERY CENTER, LLC
1231 CABRILLO AVE. SUITE. 201A
TORRANCE CA 90501


GREGORY B. MAXON MALDONADO JR.
5319 N. 2ND STREET
PHOENIX AZ 85012


HARMONY ANESTHESIA, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


HEALTHIEST YOU
5350 E. HIGH STREET
SUITE 350
PHOENIX AZ 85054


HOOD MEDICAL PLLC
6221 SHALLOWFORD ROAD, SUITE 100
CHATTANOOGA TN 37421


IAC FOOTCARE, PC
36 WEST 44TH ST. SUITE 610
NEW YORK NY 10036


IDEAL SURGICAL CENTER, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


INFINITE MEDICAL CENTER LC
28 MEADOW RUE DR.
EDWARDSVILLE IL 62025

Advanced Reimbursement Solutions, LLC -


INFINITY PAIN RELIEF, LLC
ATN: BRANDON KULP
2155 E. UNIVERSITY DR., SUITE 111
TEMPE AZ 85281-4685


JEFFREY WEBB
3714 S. PONDEROSA DRIVE
GILBERT AZ 85297


KENNETH PAUL HUNT
12518 AGATE LANE
DAYTON TX 77535


KEYSTONE SURGICENTER, LLC
3115 COLLEGE PARK DR. SUITE 101B
THE WOODLANDS TX 77384


KINDRED ANESTHESIA, LLC (FKA PHYSICIANS
3317 SOUTH HIGLEY RD. SUITE 114 PMB 298
PMB 298 CHANDLER AZ 85297


KING & SPALDING, LLP
P.O. BOX 116133
ATLANTA GA 30368-6133


KJ ANESTHESIA, PLLC
14603 HUENBNER RD
BLDG 2
SAN ANTONIO TX 78230


KJ ANESTHESIA, PLLC
14603 HUEBNER RD. BLDG 2
ANTONIO TX 78230


KONICA MINOLTA BUSINESS SOLUTIONS
100 WILLIAMS DRIVE
RAMSEY NJ 07446

Advanced Reimbursement Solutions, LLC -


LAKESHORE INTERVENTIONAL TREATMT CTR LLC
4765 S. LAKESHORE DRIVE
TEMPE AZ 85285


LARA A. ALBERTSON
6224 E. KELTON LANE
SCOTTSDALE AZ 85254


LAREDO SURGICAL CENTER, LLC
10410 MEDICAL LOOP BLDG 4A
LAREDO TX 78045


MATRIX
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


MATRIX ANESTHESIA, LLC
8465 N PIMA ROAD #200
SCOTTSDALE AZ 85258


MATRIX MANAGEMENT, LLC
8465 N PIMA ROAD #200
SCOTTSDALE AZ 85258


MATRIX MGT
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


MESA SURGERY CENTER, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


METRO OTC LLC
10046 N. METRO PARKWAY W
#115
PHOENIX AZ 85051

Advanced Reimbursement Solutions, LLC -


MICHAEL JACKSON
12301 N. 151ST DRIVE
SURPRISE AZ 85379


MISSION ANESTHESIA GROUP, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


MISSOURI COMMONS SURGERY CENTER, LLC
12607 OLIVE BLVD
LOUIS MO 63141


MODERN DISC & SPORTS, LLC
3317 SOUTH HIGLEY RD.
SUITE 114 PMB 298
CHANDLER AZ 85297


N&D SURGICAL ASSOCIATES, PLLC
14603 HUEBNER RD. BLDG 2
ANTONIO TX 78230


N&D SURGICAL STAFFING, PLLC
14603 HUEBNER RD. BLDG 2
ANTONIO TX 78230


NATARAJ SURGICAL CONSULTANTS, PLLC
14603 HUEBNER RD. BLDG 2
ANTONIO TX 78230


NEUROACCURACY, PLLC
8440 WALNUT LANE, SUITE 230
DALLAS TX 75231


NEWNAN FOOT AND ANKLE SURGERY CENTER , L
3231 EAST HWY 34B
NEWNAN GA 30265

Advanced Reimbursement Solutions, LLC -


NOBLE ANESTHESIA SERVICES, PLLC
209 23RD AVENUE N
NASHVILLE TN 37203


NORTH PHOENIX ASC LLC
3329 E. BELL ROAD, SUITE A1-A5
PHOENIX AZ 85032


NORTH PHOENIX OTC LLC
3329 E. BELL ROAD, SUITE A1
PHOENIX AZ 85032


NP PROFESSIONAL LLC
3329 E. BELL ROAD, SUITE A1
PHOENIX AZ 85032


OAK BROOK MSK LTD.
2603 W. 22ND ST., SUITE 22
OAK BROOK IL 60523


OC ALLIANCE SURGERY CENTER, LLC
4501 BIRTCH STREET, SUITE A
NEWPORT BEACH CA 92660


OC ALLIANCE SURGERY CENTER, LLC
4501 BIRCH STREET SUITE A
BEACH CA 92660


OCA MEDICAL GROUP, INC.
4501 BIRCH STREET SUITE 101-A
CA 92660


OKLAHOMA COMMONS SURGERY CENTER, LLC
1844 E. 15TH ST.
TULSA OK 74104

OWASSO PAIN MANAGEMENT, INC
12707 E. 86TH STREET NORTH
OWASSO OK 74055


PAIN TREATMENT CENTER OF TEMPE PLLC
4145 S. MCCLINTOCK DRIVE
SUITE 114
TEMPE AZ 85282


PANTHEON GLOBAL HOLDINGS, LLC
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


PAPETTI SAMUELS WEISS LLP
15169 NORTH SCOTTSDALE ROAD, SUITE 205
SCOTTSDALE AZ 85254


PARAGON PHYSICAL MEDICINE & WELLNESS LLC
242 E. MILLOTOWN ROAD
WOOSTER OH 44691


PARK TERRACE SURGICAL CENTER, LLC
650 E. 4500 SOUTH, SUITE 100
SALT LAKE CITY UT 84107


PHYSICAL & REGENERATIVE MEDICINE OF CO
950 17TH ST, #200
DENVER CO 80202


PHYSICIANS BILLING ASSOCIATES LLC
10025 E. DYNAMITE ROAD
#B-130
SCOTTSDALE AZ 85262


PHYSICIANS UNITED SURGERY CENTER, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206

PLATINUM PAIN MANAGEMENT PLLC
10810 N. TATUM BLVD., SUITE 102-302
PHOENIX AZ 85028


POWER SURGICAL INSTITUTE, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


PRESTIGE INTERVENTIONAL GROUP LLC
3724 N. 3RD ST., STE. 301
PHOENIX AZ 85012


PRINCETON PAIN AND SPINE INSTITUTE, P.C.
123 FRANKLIN CORNER ROAD SUITE 114
LAWRENCEVILLE NJ 08648


PRINCIPAL SURGICAL CENTER, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


PRIORITY MEDICAL CARE, LLC
10375 PARK MEADOWS DR. STE. 150
LONE TREE CO 80124


PRO FEE LLC
3329 E. BELL ROAD, SUITE A1
PHOENIX AZ 85032


PROCEDURAL PAIN MANAGEMENT, LLC
9906 RIVERSIDE PKWY
TULSA OK 74137


PROFESSIONAL PHYSICIAN SERVICES, LLC
4045 E. BELL RD. STE. 147
PHOENIX AZ 85032

PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON MA 02110-2600


PROSKAUER ROSE LLP
70 W. MADISON, SUITE 3800
CHICAGO IL 60602-4342


REGEN INTEGRATED
730 SANDHILL ROAD, #120
RENO NV 89521


REGENMED OK, LLC
11719 S. NEW HAVEN AVE.
TULSA OK 74137


RELX INC. DBA LEXISNEXIS
P.O. BOX 9584
NEW YORK NY 10087-4584


REM
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


REM MGT
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


REM NEUROMONITORING, LLC
8465 N PIMA ROAD #200
SCOTTSDALE AZ 85258


RESURGENT HEALTH, LLC
2850 SE POWELL VALLEY RD. STE. 205A
GRESHAM OR 97080

RIVERVIEW PAIN AND SPINE INSTITUTE, PC
725 RIVER ROAD SUITE 201A
EDGEWATER NJ 07020


ROBINS KAPLAN LLP-MINNEAPOLIS, MN
ATN NATHANIEL MOORE & JEFFREY GLEASON
2800 LASALLE PLZ/800 LASALLE AVE.
MINNEAPOLIS MN 55402-2015


ROBOTIC SURGERY CENTER
604 W. WARNER ROAD
SUITE A
CHANDLER AZ 85225


RURAL/METRO OPERATING COMPANY LLC
8465 N. PIMA ROAD, SUITE 100
SCOTTSDALE AZ 85258


RYBAR ANESTHESIOLOGY, PLLC
3051 E. HACKAMORE ST.
MESA AZ 85213


SADDLEBACK COMMUNICATIONS
10190 E. MCKELLIPS ROAD
SCOTTSDALE AZ 85256-5611


SALT LAKE SURGERY CENTER, LLC
1046 E. 100 S STE. D
LAKE CITY UT 84102


SAPPHIRE ANESTHESIA, LLC
10375 PARK MEADOWS DR. STE. 150
LONE TREE CO 80124


SCIO MOTUS
1806 N. 19TH STREET
BOISE ID 83702

SCOTTSDALE MEDICAL INNOVATIONS, LLC
7010 E. CHAUNCEY LN. SUITE 215
PHOENIX AZ 85054


SCOTTSDALE SPINE AND JOINT, LLC
7010 E. CHAUNCEY LN. SUITE 215
PHOENIX AZ 85054


SERENE MEDICAL ASSOCIATES, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


SIMPLE ANESTHESIA, LLC
20950 N. TATUM BLVD, SUITE 100
PHOENIX AZ 85050


SIMPLICITY CARE ASSOCIATES, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


SOLACE SURGERY CENTER, LLC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


SOUTHWEST MATRIX
8465 N. PIMA ROAD, SUITE 200
SCOTTSDALE AZ 85258


SPARKLETTS & SIERRA SPRINGS
P.O. BOX 660579
DALLAS TX 75266-0579


STAPLES BUSINESS ADVANTAGE
P.O. BOX 105748
ATLANTA GA 30348-5748

SUPERIOR HEALTHCARE, PLLC
ATN: BENTON DAMMEL
7560 US HIGHWAY 42
FLORENCE KY 41042


SURGICAL SUPPORT SERVICES, LLC
1231 CABRILLO AVE. STE. 203
TORRANCE CA 90501


TAYLOR MALDONADO
5319 N. 2ND STREET
PHOENIX AZ 85012


THOMAS SMITH
5201 E. WHITTON AVE
PHOENIX AZ 85018


THORPE SHWER
3200 N. CENTRAL AVENUE
SUITE 1560
PHOENIX AZ 85012


THS ANESTHESIA LLC
3329 E. BELL ROAD, SUITE A1-A5
PHOENIX AZ 85032


THS IOM LLC
3329 E. BELL ROAD, SUITE A1
PHOENIX AZ 85032


THS TECH IOM LLC
3329 E. BELL ROAD, SUITE A1
PHOENIX AZ 85032


TITANIUM ANESTHESIA SERVICES PLLC
10810 N. TATUM BLVD., SUITE 102-302
PHOENIX AZ 85028

Advanced Reimbursement Solutions, LLC -

TROON PAIN MANAGEMENT LLC
604 W. WARNER ROAD, BLDG A
CHANDLER AZ 85225


ULTIMATE HEALTH & PAIN MANAGEMENT, LLC
1844 E. 15TH ST.
TULSA OK 74104


UNION HILLS TREATMENT CENTER, LLC
18301 N. 79TH AVE. SUITE F168
GLENDALE AZ 85308


UNION PAIN GROUP, LLC
21001 N. TATUM BLVD., SUITE 1630-606
PHOENIX AZ 85050


UNITED HEALTHCARE INSURANCE COMPANY
22561 NETWORK PLACE
CHICAGO IL 60673-1225


UNITED PAIN INSTITUTE, INC
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


UPTOWN FACILITY LLC
3724 N. 3RD ST., STE. 300
PHOENIX AZ 85012


UPTOWN PAIN MANAGEMENT, LLC
2633 E. 15TH ST., #C-1
TULSA OK 74104


UPTOWN PAIN MANAGEMENT, LLC
2633 E. 15TH ST #C-1
TULSA OK 74104

Advanced Reimbursement Solutions, LLC -

UPTOWN SURGICAL SERVICES, P.C.
111 EAST 71ST STREET
YORK NY 10021


US SMALL BUSINESS ADMINISTRATION
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPORT ROAD
FORT WORTH TX 76155


UTAH INTERMOUNTAIN ANESTHESIA, LLC
8822 REDWOOD ROAD, SUITE 133
WEST JORDAN UT 84088


UTAH INTERMOUNTAIN ANESTHESIA, LLC
8822 S. REDWOOD RD. SUITE 113
WEST JORDAN UT 84088


UTAH INTERMOUNTAIN PAIN MANAGEMENT, LLC
8822 S. REDWOOD RD. SUITE 113
WEST JORDAN UT 84088


UTAH INTERMOUNTAIN SURGICAL CENTER, LLC
8822 S. REDWOOD RD. SUITE 113
WEST JORDAN UT 84088


VALLEY PAIN CENTERS LLC
4045 E. BELL ROAD, #147
PHOENIX AZ 85032


VALLEY PAIN CENTERS OF ARIZONA LLC
4045 E. BELL ROAD
SUITE 147
PHOENIX AZ 85032


VALLEY PAIN INTERVENTION CTR LLC
2745 S. ALMA SCHOOL ROAD
SUITE 3
CHANDLER AZ 85286

VALLEY SPINAL CARE PAIN RELIEF, LLC
15425 N. GREENWAY HAYDEN LOOP
SUITE A200
SCOTTSDALE AZ 85260


VERVE SURGICAL INSTITUTE, INC.
6424 E. BROADWAY RD, SUITE 102
MESA AZ 85206


VICTUS PHYSICIAN SERVICES, LLC
12345 W. BEND DR. STE. 201
SAINT LOUIS MO 63128


WOODLAND MEDICAL, PLLC
6221 SHALLOWFORD RD. SUITE 100
CHATTANOOGA TN 37421


WOODLANDS INTEGRATED HEALTHCARE SPECIALI
3000 RESEARCH FOREST DR. STE. 150
WOODLANDS TX 77381