Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@allenbarneslaw.com
dnelson@allenbarneslaw.com

Proposed Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:22-bk-06372-BKM<br><br>(Joint Administration Motion Pending) |
| This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**MOTION TO SET PROOF OF CLAIM BAR DEADLINE** |

Pursuant to Rule 3003(c)(3) and LBRs 3003-1(a) and 9013-1(d), Advanced Reimbursement Solutions, LLC and American Surgical Development, LLC (collectively, the "Debtors") in the above-captioned Chapter 11 cases (collectively, the "Cases"), hereby requests the Court to enter an order, the proposed form of which is attached hereto as **Exhibit A**, setting **December 7, 2022** as the deadline for filing proofs of claim.[1] Establishing a bar date will assist the Debtors in accurately determining the

---

[1] Unless indicated otherwise, (*i*) statutory citations refer to the U.S. Bankruptcy Code ("Code"), 11 U.S.C. §§ 101-1532; (*ii*) rule citations shall refer to the Federal Rules of Bankruptcy Procedure ("Rule"), 1001-9037, and (*iii*) local rule citations shall refer to the Local Rules for the U.S. Bankruptcy Court for the District of Arizona ("LBR").
{00372313}

nature and amounts of creditors' claims and assist in the administration of the Cases, pre- and post-confirmation. In support of this Motion, the Debtors state as follows:

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On September 23, 2022 ("**Petition Date**"), the Debtors filed their respective voluntary chapter 11 bankruptcy petitions.

2. This Court has jurisdiction over these Cases under 28 U.S.C. §§ 157 and 1334. This Motion is a core proceeding related to the administration of the bankruptcy estates under 28 U.S.C. § 157(b)(2)(A). The statutory predicate for the relief requested in this Motion is Rule 3003.

3. The Debtors filed these bankruptcy cases with the intent to liquidate in a manner that maximizes value of their estates for the benefit of creditors.

4. As the Debtors intend to propose a liquidating chapter 11 plan by no later than October 24, 2022, having the claims bar date set will ensure the Debtors, creditors and parties in interest understand the total size of the claims pool prior to or shortly after confirmation of said plan.

5. The Debtors and the liquidating trustee, once appointed, must still evaluate whether claims should be allowed or disallowed, and determine how they will be treated in any distribution in a plan of liquidation in accordance with the priority scheme under the Code.

6. To move the administration of these Cases forward, the Debtors must be able to accurately determine the nature and amounts of creditors' claims and the identity of the claim-holders. Establishing a claims bar date will assist the Debtors in completing this task and determining its next steps for the benefit of creditors.

7. This Court has authority to set a claims bar date under Code § 501 and Fed. R. Bankr. P. 3003.

/ / /

8. Pursuant to Fed. R. Bankr. P. 3003(c)(3), the Debtors propose that December 7, 2022 be established as the deadline by which any and all individuals or entities asserting claims against these bankruptcy estates must file a proof of claim for: (i) claims not listed in the Schedules of Assets and Liabilities ("Schedules"), as may be amended from time to time; (ii) claims that are listed in the Schedules as disputed, contingent, or unliquidated; and (iii) claims that differ in any respect from those listed in the Schedules (including, without limitation, the assertion of any right to a setoff under Code § 553 or otherwise). The Debtors' proposed claims bar date is 75 days from the date of this Motion and complies with LBR 3003-1(a).

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, the form of which is attached hereto as **Exhibit A**, setting December 7, 2022 as the bar date for filing of proofs of claim in this Case. Upon entry of the order, Debtors shall immediately serve a copy upon the parties identified in the Debtors' master mailing lists.

DATED: September 26, 2022.

**ALLEN BARNES & JONES, PLC**

/s/ PJG #30340
Philip J. Giles
David B. Nelson
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Proposed Attorneys for Debtors

# Exhibit A

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al.,<br><br>Debtors.<br><br>This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Chapter 11<br><br>Case No. 2:22-bk-06372-BKM<br><br>(Joint Administration Motion Pending)<br><br>Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**ORDER SETTING BAR DATE FOR PROOF OF CLAIMS** |

Upon consideration of the *Motion to Set Proof of Claim Bar Deadline* [ECF No. ____] ("**Motion**") filed by the Debtors, and good cause appearing,

**IT IS HEREBY ORDERED** approving the Debtors' Motion.

**IT IS FURTHER ORDERED** setting December 7, 2022 as the deadline by which any and all individuals or entities asserting claims against the bankruptcy estate must file a proof of claim for: (i) claims not listed in the Schedules of Assets and Liabilities ("**Schedules**"), as the same may be amended from time to time; (ii) claims that are listed in the Schedules as disputed, contingent, or unliquidated; and (iii) claims that differ in any respect from those listed in the Schedules (including, without limitation, the assertion of any right to a setoff under Code Section 553 or otherwise).

{00372321}

**IT IS FURTHER ORDERED** that the Debtors shall immediately provide notice of this Order to all parties on the Debtors' Master Mailing Lists.

**DATED AND SIGNED ABOVE**