ORDERED ACCORDINGLY.

Dated: September 27, 2022

_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:22-bk-06372-BKM<br><br>(Joint Administration Motion Pending) |
| This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**ORDER SETTING BAR DATE FOR PROOF OF CLAIMS** |

Upon consideration of the *Motion to Set Proof of Claim Bar Deadline* [ECF No. 15] ("**Motion**") filed by the Debtors, and good cause appearing,

**IT IS HEREBY ORDERED** approving the Debtors' Motion.

**IT IS FURTHER ORDERED** setting December 7, 2022 as the deadline by which any and all individuals or entities asserting claims against the bankruptcy estate must file a proof of claim for: (i) claims not listed in the Schedules of Assets and Liabilities ("**Schedules**"), as the same may be amended from time to time; (ii) claims that are listed in the Schedules as disputed, contingent, or unliquidated; and (iii) claims that differ in any respect from those listed in the Schedules (including, without limitation, the assertion of any right to a setoff under Code Section 553 or otherwise).

**IT IS FURTHER ORDERED** that the Debtors shall immediately provide notice of this Order to all parties on the Debtors' Master Mailing Lists.

**DATED AND SIGNED ABOVE**