**Fill in this information to identify the case:**

Debtor name    **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:22-bk-06372-BKM**

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑   *Schedule H: Codebtors* (Official Form 206H)
- ☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 7, 2022**     X **/s/ Bryan Perkinson**
                                         Signature of individual signing on behalf of debtor

                                         **Bryan Perkinson**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:22-bk-06372-BKM**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................    $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................    $     **2,235,241.16**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................    $     **2,235,241.16**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **62,267.67**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$     **12,341,042.14**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b          $     **12,403,309.81**

Debtor name    **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:22-bk-06372-BKM**

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$540.38** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank (Operating)** | **Checking** | **8767** | **$0.00** |
| 3.2. | **Bank of America (Operating)** | **Checking** | **6884** | **$41,513.19** |
| 3.3. | **Bank of America (Payroll)** | **Checking** | **6897** | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | **$42,053.57** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      Accounts receivable

11a. 90 days old or less:      **1,701,770.62**   -   **1,425,330.78**  = ....   **$276,439.84**

_face amount_                    _doubtful or uncollectible accounts_

11b. Over 90 days old:      **314,831.01**   -   **314,831.01**  =....   **$0.00**

_face amount_                    _doubtful or uncollectible accounts_

12.      **Total of Part 3.**                                                      **$276,439.84**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.      **Office furniture** **Office furniture consisting of artwork and motorized standing desks** | **$108,209.25** | | **Unknown** |
| 40.      **Office fixtures** | | | |
| 41.      **Office equipment, including all computer equipment and communication systems equipment and software** **Computer equipment** | **$598,695.60** | | **Unknown** |

| | | |
|---|---|---|
| Billing software | $424,460.00 | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leased property and leasehold improvements** | **Informal leasehold interest** | **$130,233.39** | | **Unknown** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** <br>**Internet domain names and websites (Godaddy domain appraisal)** | Unknown | | $100.00 |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** <br>**Customer list** | Unknown | | Unknown |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**   **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$100.00** |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No
    ☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable** <br>    Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)** <br>    Description (for example, federal, state, local) <br>    **Employee Retention Tax Credit benefit (subject to application and approval)**     Tax year **2020-2021** | Unknown |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Judgment against Podiatric OR of Midtown Manhattan PC (joint interest with American National Medical Mangement, LLC)**        $102,472.34

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $102,472.34 |

**Judgment against Doctors Outpatient Surgery Center LLC**        $841,540.05

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $797,153.71 |

**Judgment against Ricoh B. Danielson (joint interest with Pantheon Global Holdings, LLC)**        $100,000.00

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $100,000.00 |

**Judgment against Eduardo Maldonado (joint interest with American Surgical Development LLC)**        $656,985.16

| Nature of claim | Defamation |
|---|---|
| Amount requested | $656,705.95 |

**Judgment against Clayton Outpatient Surgical Center, Inc., Clayton Mobile Diagnostic Clinic, Inc., Stanley R. Kalish and Miriam Meri Shalem**        $215,650.20

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $215,650.20 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**        | $1,916,647.75 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,053.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $276,439.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,916,647.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,235,241.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,235,241.16 |

**Fill in this information to identify the case:**

Debtor name    **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:22-bk-06372-BKM**

☐ Check if this is an
    amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **2:22-bk-06372-BKM**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,064.25** | **$15,150.00** |

| 2.1 | | |
|---|---|---|
| Priority creditor's name and mailing address **Jeffrey Webb** **3714 S. Ponderosa Drive** **Gilbert, AZ 85297** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: **commission earned** | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| 2.2 | | | **$2,523.64** | **$2,523.64** |
|---|---|---|---|---|
| Priority creditor's name and mailing address **Kenneth Paul Hunt** **12518 Agate Lane** **Dayton, TX 77535** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| Date or dates debt was incurred | Basis for the claim: **commissions earned** | | | |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,957.07 | $34,957.07 |
|---|---|---|---|---|

**Lara A. Albertson**
**6224 E. Kelton Lane**
**Scottsdale, AZ 85254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**commissions earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,722.71 | $1,722.71 |
|---|---|---|---|---|

**Thomas Smith**
**5201 E. Whitton Ave**
**Phoenix, AZ 85018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**commission earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234,492.49 |
|---|---|---|---|

**4 Seasons**
**8465 N. Pima Road, Suite 200**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **intercompany debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,158.65 |
|---|---|---|---|

**Aetna Behavioral Health, LLC**
**P.O. Box 783791**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aetna, Inc.**
**151 Farmington Avenue**
**Hartford, CT 06156**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ERISA claims and related litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,836.00** |
|---|---|---|---|

**Aflac**
**1932 Wynnton Road**
**Columbus, GA 31999-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$554.20** |
|---|---|---|---|

**All Copy Products, Inc.**
**1635 W. 13th Avenue**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number  **H113**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,343.46** |
|---|---|---|---|

**All Copy Products, Inc.**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number  **6000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,300.00** |
|---|---|---|---|

**Altus Receivables Management**
**2400 Veterans Memorial Blvd., Suite 300**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,492.80** |
|---|---|---|---|

**American Express Centurion**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.61** |
|---|---|---|---|

**American Express Platinum**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Associated Medical Group LLC**
**6424 E. Broadway Road, Suite 102**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **amounts owed pursuant to billing agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.00 |
|---|---|---|---|

**Availity, LLC**
**P.O. Box 844781**
**Dallas, TX 75284-4781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.26 |
|---|---|---|---|

**Bank of America**
**100 North Tryon Street**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6897**

Basis for the claim:  **overdrawn account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,181.00 |
|---|---|---|---|

**Banner Occupational Health Clinics**
**P.O. Box 29614**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,904.61 |
|---|---|---|---|

**BCG Anesthesia PLLC**
**12955 N. 145th Ave**
**Surprise, AZ 85379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **amounts owed pursuant to billing agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon Maldonado**
**3436 N. 38th Place**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **loans to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.17 |
|---|---|---|---|

**Carry On Chiropractic, Inc.**
**4501 Birch St., #A**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **amounts owed pursuant to billing agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.85 |
|---|---|---|---|

**Centurylink Business Services**
**P.O. Box 52187**
**Phoenix, AZ 85072-2187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3425**

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Maldonado**
**3918 E. Rockingham Road**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __loans to company__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,171.01** |
|---|---|---|---|

**Colt Anethesia, LLC**
**3724 N. 3rd St., Suite 301**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __amounts owed pursuant to billing agreement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$702,876.63** |
|---|---|---|---|

**Concentrix**
**2000 Wade Hampton Blvd.**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |
|---|---|---|---|

**CS Disco, Inc.**
**P.O. Box 670533**
**Dallas, TX 75267-0533**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,475.50** |
|---|---|---|---|

**CSC**
**P.O. Box 7410023**
**Chicago, IL 60674-5023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.01** |
|---|---|---|---|

**Desert Ridge Professional LLC**
**21001 N. Tatum Blvd., Suite 78-1640**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __amounts owed pursuant to billing agreement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,566.44** |
|---|---|---|---|

**Enhance Medical, LLC**
**Attn: Mark Babinski**
**1193 N. Gary Ave**
**Carol Stream, IL 60188-9423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __amounts owed pursuant to billing agreement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$361.01**

**Fed Ex**
P.O. Box 7221
Pasadena, CA 91107-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9361**

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,365.85**

**GIS Benefits, Inc.**
P.O. Box 1806
San Antonio, TX 78296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,489.96**

**Goodlife Physical Medicine Group**
1300 S. Pacific Coast Highway, Suite 201
Redondo Beach, CA 90277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **amounts owed pursuant to billing agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,304.24**

**Goodlife Surgery Center, LLC**
1231 Cabrillo Ave, Suite 201A
Torrance, CA 90501-2867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **amounts owed pursuant to billing agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gregory B. Maxon Maldonado Jr.**
5319 N. 2nd Street
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **loans to company**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,076.77**

**Healthiest You**
5350 E. High Street
Suite 350
Phoenix, AZ 85054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0813**

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**Hood Medical PLLC**
6221 Shallowford Road, Suite 100
Chattanooga, TN 37421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **amounts owed pursuant to billing agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.84 |
|---|---|---|---|

**Infinite Medical Center LC**
**28 Meadow Rue Dr.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **amounts owed pursuant to billing agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.30 |
|---|---|---|---|

**Infinity Pain Relief, LLC**
**Atn: Brandon Kulp**
**2155 E. University Dr., Suite 111**
**Tempe, AZ 85281-4685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **amounts owed pursuant to billing agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,344.00 |
|---|---|---|---|

**JPMorgan Chase Bank**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **overdrawn account**

Last 4 digits of account number **8767**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,352,064.74 |
|---|---|---|---|

**King & Spalding, LLP**
**P.o. Box 116133**
**Atlanta, GA 30368-6133**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.78 |
|---|---|---|---|

**KJ Anesthesia, PLLC**
**14603 Huenbner Rd**
**Bldg 2**
**San Antonio, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **amounts owed pursuant to billing agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.61 |
|---|---|---|---|

**Konica Minolta Business Solutions**
**100 Williams Drive**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **vendor debt**

Last 4 digits of account number **2080**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,062.17 |
|---|---|---|---|

**Matrix**
**8465 N. Pima Road, Suite 200**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **intercompany debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781,398.89 |
|---|---|---|---|

**Matrix MGT**
**8465 N. Pima Road, Suite 200**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __intercompany debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Jackson**
**12301 N. 151st Drive**
**Surprise, AZ 85379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2286__

Basis for the claim: __EEOC claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.81 |
|---|---|---|---|

**Oak Brook MSK Ltd.**
**2603 W. 22nd St., Suite 22**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __amounts owed pursuant to billing agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,682.53 |
|---|---|---|---|

**OC Alliance Surgery Center, LLC**
**4501 Birtch Street, Suite A**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __amounts owed pursuant to billing agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,741.42 |
|---|---|---|---|

**Pantheon Global Holdings, LLC**
**8465 N. Pima Road, Suite 200**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,790,890.93 |
|---|---|---|---|

**Pantheon Global Holdings, LLC**
**8465 N. Pima Road, Suite 200**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __intercompany debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,163.50 |
|---|---|---|---|

**Papetti Samuels Weiss LLP**
**15169 North Scottsdale Road, Suite 205**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __legal fees__

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.28 |
|---|---|---|---|

**Paragon Physical Medicine & Wellness LLC**
242 E. Millotown Road
Wooster, OH 44691

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts owed pursuant to billing agreement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.41 |
|---|---|---|---|

**Park Terrace Surgical Center, LLC**
650 E. 4500 South, Suite 100
Salt Lake City, UT 84107

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts owed pursuant to billing agreement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,711.46 |
|---|---|---|---|

**Physical & Regenerative Medicine of CO**
950 17th St, #200
Denver, CO 80202

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts owed pursuant to billing agreement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Proskauer Rose LLP**
One International Place
Boston, MA 02110-2600

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,239.67 |
|---|---|---|---|

**Regen Integrated**
730 Sandhill Road, #120
Reno, NV 89521

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts owed pursuant to billing agreement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,076.77 |
|---|---|---|---|

**Relx Inc. dba LexisNexis**
P.O. Box 9584
New York, NY 10087-4584

Date(s) debt was incurred __
Last 4 digits of account number  PCYR

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**REM**
8465 N. Pima Road, Suite 200
Scottsdale, AZ 85258

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$744,190.09** |
|---|---|---|---|
| | **Rem Mgt**<br>**8465 N. Pima Road, Suite 200**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **intercompany debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179,073.22** |
|---|---|---|---|
| | **Robotic Surgery Center**<br>**604 W. Warner Road**<br>**Suite A**<br>**Chandler, AZ 85225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **amounts owed pursuant to billing agreement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,341.30** |
|---|---|---|---|
| | **Rural/Metro Operating Company LLC**<br>**8465 N. Pima Road, Suite 100**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,747.27** |
|---|---|---|---|
| | **Saddleback Communications**<br>**10190 E. McKellips Road**<br>**Scottsdale, AZ 85256-5611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **Scio Motus**<br>**1806 N. 19th Street**<br>**Boise, ID 83702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,016.74** |
|---|---|---|---|
| | **Southwest Matrix**<br>**8465 N. Pima Road, Suite 200**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **intercompany debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.60** |
|---|---|---|---|
| | **Sparkletts & Sierra Springs**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,193.72 |

**Staples Business Advantage**
P.O. Box 105748
Atlanta, GA 30348-5748

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.38 |

**Superior Healthcare, PLLC**
Atn: Benton Dammel
7560 US Highway 42
Florence, KY 41042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **amounts owed pursuant to billing agreement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $773.98 |

**Taylor Maldonado**
5319 N. 2nd Street
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **loan to company**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85,019.98 |

**Thorpe Shwer**
3200 N. Central Avenue
Suite 1560
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **legal services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,479.13 |

**Union Pain Group, LLC**
21001 N. Tatum Blvd., Suite 1630-606
Phoenix, AZ 85050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **amounts owed pursuant to billing agreement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**United Healthcare Insurance Company**
22561 Network Place
Chicago, IL 60673-1225

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **ERISA claims and related litigation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76.24 |

**Uptown Pain Management, LLC**
2633 E. 15th St., #C-1
Tulsa, OK 74104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **amounts owed pursuant to billing agreement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,572,827.00** |
|------|------|------|------|

**US Small Business Administration**
**Office of Disaster Assistance**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PPP Loan - applications for forgiveness have been submitted**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,901.86** |
|------|------|------|------|

**Utah Intermountain Anesthesia, LLC**
**8822 Redwood Road, Suite 133**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **amounts owed pursuant to billing agreement**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|------|
| 4.1 | **Concentrix Solutions Corporation**<br>**Attn: David St. Pierre/Treasury**<br>**39899 Balentine Drive, Suite 235 N**<br>**Newark, CA 94560** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Faegre Drinker Biddle & Reath LLP**<br>**Attn: Craig Coleman**<br>**2200 Wells Fargo Center, 90 S. 7th St**<br>**Minneapolis, MN 55402-3901** | Line  **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Foley & Ladner LLP**<br>**Atn Geoffrey S. Goodman**<br>**321 North Clark St., #3000**<br>**Chicago, IL 60654** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Proskauer Rose LLP**<br>**70 W. Madison, Suite 3800**<br>**Chicago, IL 60602-4342** | Line  **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Robins Kaplan LLP-Minneapolis, MN**<br>**Atn Nathaniel Moore & Jeffrey Gleason**<br>**2800 LaSalle Plz/800 LaSalle Ave.**<br>**Minneapolis, MN 55402-2015** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|------|------|------|
| 5a. Total claims from Part 1 | 5a. | $   62,267.67 |
| 5b. Total claims from Part 2 | 5b. + | $   12,341,042.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $   12,403,309.81 |

Debtor name **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:22-bk-06372-BKM**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **80** | **737 Park Avenue Surgery Suite, PC** |
| | List the contract number of any government contract | | **737 Park Avenue, Unit D** <br> **New York, NY 10021** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **109** | **918 Wellness, LLC** |
| | List the contract number of any government contract | | **1320 E. 15t St.** <br> **Tulsa, OK 74120** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **267** | **A&N Health Solutions, LLC** |
| | List the contract number of any government contract | | **12607 Olive Blvd** <br> **St. Louis, MO 63141** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **233** | **Affiliated Pro Monitoring, LLC** |
| | List the contract number of any government contract | | **3317 South Higley Rd. Suite 114 PMB 298** <br> **Chandler, AZ 85297** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **213** | **Ahwatukee Ambulatory Surgery Center, LLC**<br>**15810 S. 45th St. Phoenix, AZ 85048**<br>**Suite 150**<br>**Phoenix, AZ 85048** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **233** | **Allied Monitoring, LLC**<br>**3317 South Higley Rd.**<br>**Suite 114 PMB 298**<br>**Chandler, AZ 85297** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **194** | **AP Medical, LLC**<br>**1131 W. Main St. Ste. A**<br>**Blue Springs, MO 64015** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **72** | **Apollo Monitoring Services, LLC**<br>**1100 Glade Rd #2**<br>**Colleyville, TX 76034** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **140** | **Associated Medical Group, LLC**<br>**6424 E. Broadway Rd, Suite 102**<br>**Mesa, AZ 85206** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **166** | **Basket Medical, PLLC**<br>**6221 Shallowford Rd.**<br>**Suite 100**<br>**Chattanooga, TN 37421** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **285** | **BCG Anesthesia, PLLC** |
| | List the contract number of any government contract | | **12955 N. 145th Ave. Surprise, AZ 85379 Surprise, AZ 85379** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **52** | **Blue Anesthesia Management, LLC** |
| | List the contract number of any government contract | | **1844 E. 15th St. Tulsa, OK 74104 Tulsa, OK 74104** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **0** | **Bonaventure Ngu, MD, PLLC** |
| | List the contract number of any government contract | | **1485 FM 1960 Bypass Rd. E Suite 360 Humble, TX 77338** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **-5** | **BSP Associates, LLC** |
| | List the contract number of any government contract | | **6424 E. Broadway Rd, Suite 102 Mesa, AZ 85206** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **146** | **Capital Anesthesia Consultants, LLC** |
| | List the contract number of any government contract | | **14404 Stoney Brook Blvd Omaha, NE 68137** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **42** | **Carry On Chiropractic, Inc.**<br>**4501 Birch Street Suite A**<br>**Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **140** | **Catalyst Diagnostics Professionals, Inc.**<br>**1231 Cabrillo Ave. Suite. 203**<br>**Torrance, CA 90501** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **260** | **Cerritos Surgery Center, LLC**<br>**16543 Carmenita Rd.**<br>**Cerritos, CA 90703** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **210** | **Choice Spine & Pain, LLC**<br>**6424 E. Broadway Rd, Suite 102**<br>**Mesa, AZ 85206** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **95** | **Christopher R. Wood, PC**<br>**4550 E. Bell Rd. Bldg 6, Ste. 152**<br>**Phoenix, AZ 85032** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **286** | **Cloud 9 Anesthesiology Associates, LLC**<br>**7010 E. Chauncey Ln. Suite 215**<br>**Phoenix, AZ 85054** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **121** | **Commons West Surgical Management, LLC**<br>**901 Main St. Ste. 550**<br>**Dallas, TX 75202** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **145** | **Desert Sky Surgery Center, LLC**<br>**20045 N. 19th Ave. Building 12**<br>**Phoenix, AZ 85027** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **83** | **Dessalines Sports Medicine, LLC**<br>**6424 E. Broadway Rd, Suite 102**<br>**Mesa, AZ 85206** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **121** | **Duke Integrated Healthcare Specialists,**<br>**21300 Provincial Blvd. Suite 200**<br>**Katy, TX 77450** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **113** | **Elevate Anesthesia Services, Inc.**<br>**6424 E. Broadway Rd, Suite 102**<br>**Mesa, AZ 85206** |
| | List the contract number of any government contract | | |

Debtor 1  **Advanced Reimbursement Solutions, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **2:22-bk-06372-BKM**
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **309** | **Eric Eifler, MD, PLLC**<br>**2905 W. Warner Rd. Suite 19**<br>**Chandler, AZ 85224** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **142** | **Fangman Oral and Facial Surgery Professi**<br>**5600 W. 44th Ave. Unit 100**<br>**Denver, CO 80212** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **257** | **Fortis Anesthesia Management, LLC**<br>**12607 Olive Blvd**<br>**St. Louis, MO 63141** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **-19** | **George R. Vito, DPM**<br>**8745 Lake Street Rd**<br>**Le Roy, NY 14882** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **22** | **GL Surgery Center, LLC**<br>**1231 Cabrillo Ave. Suite. 201A**<br>**Torrance, CA 90501** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **60** | **Glendale Pain Treatment Center, LLC**<br>**18301 N. 79th Ave. Suite F168**<br>**Glendale, AZ 85308** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **87** | **Glendale Regenerative Medicine, PLLC** |
| | List the contract number of any government contract | _____ | **18301 N. 79th Ave. Suite F168** **Glendale, AZ 85308** |

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **316** | **Goodlife Physical Medicine Corp** |
| | List the contract number of any government contract | _____ | **1231 Cabrillo Ave. Suite. 201A** **Torrance, CA 90501** |

---

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **316** | **Goodlife Surgery Center, LLC** |
| | List the contract number of any government contract | _____ | **1231 Cabrillo Ave. Suite. 201A** **Torrance, CA 90501** |

---

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **155** | **Harmony Anesthesia, LLC** |
| | List the contract number of any government contract | _____ | **6424 E. Broadway Rd, Suite 102** **Mesa, AZ 85206** |

---

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **6** | **IAC Footcare, PC** |
| | List the contract number of any government contract | _____ | **36 West 44th St. Suite 610** **New York, NY 10036** |

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **140** | **Ideal Surgical Center, LLC** |
| | List the contract number of any government contract | | **6424 E. Broadway Rd, Suite 102** |
| | | | **Mesa, AZ 85206** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **304** | **Keystone Surgicenter, LLC** |
| | List the contract number of any government contract | | **3115  College Park Dr. Suite 101B** |
| | | | **The Woodlands, TX 77384** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **118** | **Kindred Anesthesia, LLC (fka Physicians** |
| | List the contract number of any government contract | | **3317 South Higley Rd. Suite 114 PMB 298** |
| | | | **PMB 298 Chandler, AZ 85297** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **-76** | **KJ Anesthesia, PLLC** |
| | List the contract number of any government contract | | **14603 Huebner Rd. Bldg 2** |
| | | | **Antonio, TX 78230** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **121** | **Laredo Surgical Center, LLC** |
| | List the contract number of any government contract | | **10410 Medical Loop Bldg 4A** |
| | | | **Laredo, TX 78045** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **135** | **Matrix Anesthesia, LLC** |
| | | | **8465 N Pima Road #200** |
| | | | **Scottsdale, AZ 85258** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **315** | **Matrix Management, LLC 8465 N Pima Road #200 Scottsdale, AZ 85258** |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **140** | **Mesa Surgery Center, LLC 6424 E. Broadway Rd, Suite 102 Mesa, AZ 85206** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **188** | **Mission Anesthesia Group, LLC 6424 E. Broadway Rd, Suite 102 Mesa, AZ 85206** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **245** | **Missouri Commons Surgery Center, LLC 12607 Olive Blvd Louis, MO 63141** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **233** | **Modern Disc & Sports, LLC 3317 South Higley Rd. Suite 114 PMB 298 Chandler, AZ 85297** |
| | List the contract number of any government contract | | |

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **-76** | **N&D Surgical Associates, PLLC** |
| | List the contract number of any government contract | | **14603 Huebner Rd. Bldg 2** **Antonio, TX 78230** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **-76** | **N&D Surgical Staffing, PLLC** |
| | List the contract number of any government contract | | **14603 Huebner Rd. Bldg 2** **Antonio, TX 78230** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **-76** | **Nataraj Surgical Consultants, PLLC** |
| | List the contract number of any government contract | | **14603 Huebner Rd. Bldg 2** **Antonio, TX 78230** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **82** | **Neuroaccuracy, PLLC** |
| | List the contract number of any government contract | | **8440 Walnut Lane, Suite 230** **Dallas, TX 75231** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **152** | **Newnan Foot and Ankle Surgery Center , L** |
| | List the contract number of any government contract | | **3231 East Hwy 34B** **Newnan, GA 30265** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **259** | **Noble Anesthesia Services, PLLC** |
| | | | **209 23rd Avenue N** **Nashville, TN 37203** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
| | State the term remaining | **22** | **OC Alliance Surgery Center, LLC** |
| | List the contract number of any government contract | | **4501 Birch Street Suite A** <br> **Beach, CA 92660** |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
| | State the term remaining | **42** | **OCA Medical Group, Inc.** |
| | List the contract number of any government contract | | **4501 Birch Street Suite 101-A** <br> **CA 92660** |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
| | State the term remaining | **32** | **Oklahoma Commons Surgery Center, LLC** |
| | List the contract number of any government contract | | **1844 E. 15th St.** <br> **Tulsa, OK 74104** |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
| | State the term remaining | **33** | **Owasso Pain Management, Inc** |
| | List the contract number of any government contract | | **12707 E. 86th Street North** <br> **Owasso, OK 74055** |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
| | State the term remaining | **40** | **Physicians United Surgery Center, LLC** |
| | List the contract number of any government contract | | **6424 E. Broadway Rd, Suite 102** <br> **Mesa, AZ 85206** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **78** | **Power Surgical Institute, LLC** |
| | List the contract number of any government contract | | **6424 E. Broadway Rd, Suite 102** |
| | | | **Mesa, AZ 85206** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **324** | **Princeton Pain and Spine Institute, P.C.** |
| | List the contract number of any government contract | | **123 Franklin Corner Road Suite 114** |
| | | | **Lawrenceville, NJ 08648** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **148** | **Principal Surgical Center, LLC** |
| | List the contract number of any government contract | | **6424 E. Broadway Rd, Suite 102** |
| | | | **Mesa, AZ 85206** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **219** | **Priority Medical Care, LLC** |
| | List the contract number of any government contract | | **10375 Park Meadows Dr. Ste. 150** |
| | | | **Lone Tree, CO 80124** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **16** | **Procedural Pain Management, LLC** |
| | List the contract number of any government contract | | **9906 Riverside Pkwy** |
| | | | **Tulsa, OK 74137** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **74** | **Professional Physician Services, LLC** |
| | | | **4045 E. Bell Rd. Ste. 147** |
| | | | **Phoenix, AZ 85032** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **66** | **RegenMed OK, LLC**<br>**11719 S. New Haven Ave.**<br>**Tulsa, OK 74137** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **77** | **REM Neuromonitoring, LLC**<br>**8465 N Pima Road #200**<br>**Scottsdale, AZ 85258** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **0** | **Resurgent Health, LLC**<br>**2850 SE Powell Valley Rd. Ste. 205A**<br>**Gresham, OR 97080** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **324** | **Riverview Pain and Spine Institute, PC**<br>**725 River Road Suite 201A**<br>**Edgewater, NJ 07020** |
| | List the contract number of any government contract | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **-28** | **RyBar Anesthesiology, PLLC**<br>**3051 E. Hackamore St.**<br>**Mesa, AZ 85213** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **235** | **Salt Lake Surgery Center, LLC** |
| | List the contract number of any government contract | | **1046 E. 100 S Ste. D** |
| | | | **Lake City, UT 84102** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **219** | **Sapphire Anesthesia, LLC** |
| | List the contract number of any government contract | | **10375 Park Meadows Dr. Ste. 150** |
| | | | **Lone Tree, CO 80124** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **255** | **Scottsdale Medical Innovations, LLC** |
| | List the contract number of any government contract | | **7010 E. Chauncey Ln. Suite 215** |
| | | | **Phoenix, AZ 85054** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **286** | **Scottsdale Spine and Joint, LLC** |
| | List the contract number of any government contract | | **7010 E. Chauncey Ln. Suite 215** |
| | | | **Phoenix, AZ 85054** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **78** | **Serene Medical Associates, LLC** |
| | List the contract number of any government contract | | **6424 E. Broadway Rd, Suite 102** |
| | | | **Mesa, AZ 85206** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **107** | **Simple Anesthesia, LLC** |
| | | | **20950 N. Tatum Blvd, Suite 100** |
| | | | **Phoenix, AZ 85050** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** |
| | State the term remaining | **255** |
| | List the contract number of any government contract | |

**Simplicity Care Associates, LLC**
**6424 E. Broadway Rd, Suite 102**
**Mesa, AZ 85206**

| | | |
|---|---|---|
| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** |
| | State the term remaining | **31** |
| | List the contract number of any government contract | |

**Solace Surgery Center, LLC**
**6424 E. Broadway Rd, Suite 102**
**Mesa, AZ 85206**

| | | |
|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** |
| | State the term remaining | **140** |
| | List the contract number of any government contract | |

**Surgical Support Services, LLC**
**1231 Cabrillo Ave. Ste. 203**
**Torrance, CA 90501**

| | | |
|---|---|---|
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** |
| | State the term remaining | **59** |
| | List the contract number of any government contract | |

**Ultimate Health & Pain Management, LLC**
**1844 E. 15th St.**
**Tulsa, OK 74104**

| | | |
|---|---|---|
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** |
| | State the term remaining | **70** |
| | List the contract number of any government contract | |

**Union Hills Treatment Center, LLC**
**18301 N. 79th Ave. Suite F168**
**Glendale, AZ 85308**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **259** | **United Pain Institute, Inc** |
| | List the contract number of any government contract | | **6424 E. Broadway Rd, Suite 102**<br>**Mesa, AZ 85206** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **172** | **Uptown Pain Management, LLC** |
| | List the contract number of any government contract | | **2633 E. 15th St #C-1**<br>**Tulsa, OK 74104** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **91** | **Uptown Surgical Services, P.C.** |
| | List the contract number of any government contract | | **111 East 71st Street**<br>**York, NY 10021** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **52** | **Utah Intermountain Anesthesia, LLC** |
| | List the contract number of any government contract | | **8822 S. Redwood Rd. Suite 113**<br>**West Jordan, UT 84088** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **49** | **Utah Intermountain Pain Management, LLC** |
| | List the contract number of any government contract | | **8822 S. Redwood Rd. Suite 113**<br>**West Jordan, UT 84088** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
| | State the term remaining | **49** | **Utah Intermountain Surgical Center, LLC**<br>**8822 S. Redwood Rd. Suite 113**<br>**West Jordan, UT 84088** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
|  | State the term remaining | **151** | **Valley Spinal Care Pain Relief, LLC** |
|  | List the contract number of any government contract | | **15425 N. Greenway Hayden Loop Suite A200 Scottsdale, AZ 85260** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
|  | State the term remaining | **80** | |
|  | List the contract number of any government contract | | **Verve Surgical Institute, Inc. 6424 E. Broadway Rd, Suite 102 Mesa, AZ 85206** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
|  | State the term remaining | **207** | |
|  | List the contract number of any government contract | | **Victus Physician Services, LLC 12345 W. Bend Dr. Ste. 201 Saint Louis, MO 63128** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
|  | State the term remaining | **84** | |
|  | List the contract number of any government contract | | **Woodland Medical, PLLC 6221 Shallowford Rd. Suite 100 Chattanooga, TN 37421** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Out of network medical billing and revenue cycle management** | |
|---|---|---|---|
|  | State the term remaining | **312** | |
|  | List the contract number of any government contract | | **Woodlands Integrated Healthcare Speciali 3000 Research Forest Dr. Ste. 150 Woodlands, TX 77381** |

Fill in this information to identify the case:

Debtor name    **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:22-bk-06372-BKM**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **American Surgical Development, LLC** | **8465 N. Pima Road, Suite 200 Scottsdale, AZ 85258** | | **Aetna, Inc.** | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.2 **Arizona Pain Doctors LLC** | **10025 E. Dynamite Rd. #B150 Scottsdale, AZ 85262** | | **United Healthcare Insurance Company** | ☐ D ____<br>■ E/F __3.65__<br>☐ G ____ |
| 2.3 **Arrowhead Outpatient Treatment Ctr LLC** | **6320 W. Union Hills Drive, Suite 1400B Glendale, AZ 85308** | | **Aetna, Inc.** | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.4 **AZ Med Group LLC** | **21001 N. Tatum Blvd., Suite 1630-606 Phoenix, AZ 85050** | | **United Healthcare Insurance Company** | ☐ D ____<br>■ E/F __3.65__<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **AZ Pain Solutions LLC** | **2735 W. Union Hills Drive Suite 101 Phoenix, AZ 85050** | **United Healthcare Insurance Company** | ☐ D ____ ■ E/F ___**3.65** ☐ G ____ |
| 2.6 | **AZ Surgical Center LLC** | **5133 N. Central Ave., #100 Phoenix, AZ 85012** | **United Healthcare Insurance Company** | ☐ D ____ ■ E/F ___**3.65** ☐ G ____ |
| 2.7 | **CASC LLC** | **113 S. LIndsey Road Gilbert, AZ 85296** | **United Healthcare Insurance Company** | ☐ D ____ ■ E/F ___**3.65** ☐ G ____ |
| 2.8 | **Facilities Billing Associates LLC** | **10025 E. Dynamite Road #B-130 Scottsdale, AZ 85262** | **United Healthcare Insurance Company** | ☐ D ____ ■ E/F ___**3.65** ☐ G ____ |
| 2.9 | **James Allen** | **5443 E. Avalon Drive Phoenix, AZ 85018** | **Aetna, Inc.** | ☐ D ____ ■ E/F ___**3.3** ☐ G ____ |
| 2.10 | **Jeffrey Lynn** | **c/o Valley Pain Centers LLC 4045 E. Bell Road, #147 Phoenix, AZ 85032** | **Aetna, Inc.** | ☐ D ____ ■ E/F ___**3.3** ☐ G ____ |
| 2.11 | **Lakeshore Interventional Treatmt Ctr LLC** | **4765 S. Lakeshore Drive Tempe, AZ 85285** | **United Healthcare Insurance Company** | ☐ D ____ ■ E/F ___**3.65** ☐ G ____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | **Lakeshore Interventional Treatmt Ctr LLC** | 4765 S. Lakeshore Drive<br>Tempe, AZ 85285 | **Aetna, Inc.** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.13 | **Mesa Outpatient Treatment Center LLC** | 4540 E. Baseline Road, #105<br>Mesa, AZ 85206 | **Aetna, Inc.** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.14 | **Metro OTC LLC** | 10046 N. Metro Parkway W #115<br>Phoenix, AZ 85051 | **United Healthcare Insurance Company** | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.15 | **North Phoenix ASC LLC** | 3329 E. Bell Road, Suite A1-A5<br>Phoenix, AZ 85032 | **United Healthcare Insurance Company** | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.16 | **North Phoenix OTC LLC** | 3329 E. Bell Road, Suite A1<br>Phoenix, AZ 85032 | **United Healthcare Insurance Company** | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.17 | **NP Professional LLC** | 3329 E. Bell Road, Suite A1<br>Phoenix, AZ 85032 | **United Healthcare Insurance Company** | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.18 | **Pain Treatment Center of Tempe PLLC** | 4145 S. McClintock Drive Suite 114<br>Tempe, AZ 85282 | **United Healthcare Insurance Company** | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.19 | **Physicians Billing Associates LLC** | 10025 E. Dynamite Road #B-130 Scottsdale, AZ 85262 | **United Healthcare Insurance Company** | ☐ D ____<br>■ E/F ___3.65___<br>☐ G ____ |
| 2.20 | **Platinum Pain Management PLLC** | 10810 N. Tatum Blvd., Suite 102-302 Phoenix, AZ 85028 | **United Healthcare Insurance Company** | ☐ D ____<br>■ E/F ___3.65___<br>☐ G ____ |
| 2.21 | **Prestige Interventional Group LLC** | 3724 N. 3rd St., Ste. 301 Phoenix, AZ 85012 | **United Healthcare Insurance Company** | ☐ D ____<br>■ E/F ___3.65___<br>☐ G ____ |
| 2.22 | **Pro Fee LLC** | 3329 E. Bell Road, Suite A1 Phoenix, AZ 85032 | **United Healthcare Insurance Company** | ☐ D ____<br>■ E/F ___3.65___<br>☐ G ____ |
| 2.23 | **Roger Walker** | 4022 E. Greenway Road, Suite 1 Phoenix, AZ 85032-4797 | **Aetna, Inc.** | ☐ D ____<br>■ E/F ___3.3___<br>☐ G ____ |
| 2.24 | **Sean Maldonado** | 929 W. Sun Coast Drive Gilbert, AZ 85233 | **Aetna, Inc.** | ☐ D ____<br>■ E/F ___3.3___<br>☐ G ____ |
| 2.25 | **Shawn Vigneau** | 4765 S. Lakeshore Drive Tempe, AZ 85282 | **Aetna, Inc.** | ☐ D ____<br>■ E/F ___3.3___<br>☐ G ____ |
| 2.26 | **Tempe Interventional Treatment Ctr LLC** | 4045 E. Bell Road, #147 Phoenix, AZ 85032 | **Aetna, Inc.** | ☐ D ____<br>■ E/F ___3.3___<br>☐ G ____ |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.27 | **Tempe Outpatient Treatment Ctr LLC** | **4045 E. Bell Road, #147**<br>**Phoenix, AZ 85032** | **Aetna, Inc.** |
| 2.28 | **Thomas Moshiri** | **24 W. Camelback Road, Unit A567**<br>**Phoenix, AZ 85013-2529** | **Aetna, Inc.** |
| 2.29 | **THS Anesthesia LLC** | **3329 E. Bell Road, Suite A1-A5**<br>**Phoenix, AZ 85032** | **United Healthcare Insurance Company** |
| 2.30 | **THS IOM LLC** | **3329 E. Bell Road, Suite A1**<br>**Phoenix, AZ 85032** | **United Healthcare Insurance Company** |
| 2.31 | **THS Tech IOM LLC** | **3329 E. Bell Road, Suite A1**<br>**Phoenix, AZ 85032** | **United Healthcare Insurance Company** |
| 2.32 | **Titanium Anesthesia Services PLLC** | **10810 N. Tatum Blvd., Suite 102-302**<br>**Phoenix, AZ 85028** | **United Healthcare Insurance Company** |
| 2.33 | **Troon Pain Management LLC** | **604 W. Warner Road, Bldg A**<br>**Chandler, AZ 85225** | **United Healthcare Insurance Company** |
| 2.34 | **Uptown Facility LLC** | **3724 N. 3rd St., Ste. 300**<br>**Phoenix, AZ 85012** | **United Healthcare Insurance Company** |

Creditor column marks:
- 2.27: ☐ D _____  ■ E/F **3.3**  ☐ G _____
- 2.28: ☐ D _____  ■ E/F **3.3**  ☐ G _____
- 2.29: ☐ D _____  ■ E/F **3.65**  ☐ G _____
- 2.30: ☐ D _____  ■ E/F **3.65**  ☐ G _____
- 2.31: ☐ D _____  ■ E/F **3.65**  ☐ G _____
- 2.32: ☐ D _____  ■ E/F **3.65**  ☐ G _____
- 2.33: ☐ D _____  ■ E/F **3.65**  ☐ G _____
- 2.34: ☐ D _____  ■ E/F **3.65**  ☐ G _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.35 | **Valley Pain Centers LLC** | 4045 E. Bell Road, #147 Phoenix, AZ 85032 | **United Healthcare Insurance Company** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.36 | **Valley Pain Centers LLC** | 4045 E. Bell Road, #147 Phoenix, AZ 85032 | **Aetna, Inc.** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.37 | **Valley Pain Centers of Arizona LLC** | 4045 E. Bell Road Suite 147 Phoenix, AZ 85032 | **United Healthcare Insurance Company** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.38 | **Valley Pain Centers of Arizona LLC** | 4045 E. Bell Road Suite 147 Phoenix, AZ 85032 | **Aetna, Inc.** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.39 | **Valley Pain Centers of Peoria, LLC** | 4045 E. Bell Road, #147 Phoenix, AZ 85032 | **Aetna, Inc.** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.40 | **Valley Pain Intervention Ctr LLC** | 2745 S. Alma School Road Suite 3 Chandler, AZ 85286 | **United Healthcare Insurance Company** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.41 | **West Valley OTC, LLC** | 4045 E. Bell Road, #147 Phoenix, AZ 85032 | **Aetna, Inc.** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |

Debtor name **Advanced Reimbursement Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:22-bk-06372-BKM**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,031,361.50** |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$10,872,211.00** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$22,165,719.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **The Wagner Firm**<br>**1925 Century Park East**<br>**Suite 2100**<br>**Los Angeles, CA 90067** | 7/28/22 | $9,109.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| **3.2.** **Aetna Behavioral Health, LLC**<br>**P.O. Box 783791**<br>**Philadelphia, PA 19178** | 8/4/22 | $59,426.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| **3.3.** **Arizona Pain Ventures, LLC**<br>**1450 W. Guadalupe Road, Suite 120**<br>**Gilbert, AZ 85233** | 7/20/22 | $8,752.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| **3.4.** **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | 9/15/2022 | $24,963.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card** |
| **3.5.** **Aetna Behavioral Health, LLC**<br>**P.O. Box 783791**<br>**Philadelphia, PA 19178** | 7/13/22 | $42,472.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **4 Seasons**<br>**8465 N. Pima Road, Suite 200**<br>**Scottsdale, AZ 85258**<br>**Affiliate** | 9/23/21 to<br>9/23/22 | $1,527.50 | **Intercompany transfer** |
| **4.2.** **Advantis Health Systems, LLC**<br>**8465 N. Pima Road, Suite 200**<br>**Scottsdale, AZ 85258**<br>**Affiliate** | 9/23/21 to<br>9/23/22 | $449,161.89 | **Intercompany transfer** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **AGM** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$5,000.00** | **Intercompany transfer** |
| 4.4. **American Surgical Development, LLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$26,777.97** | **Intercompany transfer** |
| 4.5. **Das Auto Kollectiv, LLC** **23275 N. 19th Avenue** **Phoenix, AZ 85027** **Affiliate** | **9/23/21 to 9/23/22** | **$398,806.23** | **Intercompany transfer** |
| 4.6. **Esteem Funding, LLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$544.99** | **Intercompany transfer** |
| 4.7. **iiONS, LLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$96,305.91** | **Intercompany transfer** |
| 4.8. **Matrix Anesthesia, LLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$6,032.46** | **Intercompany transfer** |
| 4.9. **Matrix Management, LLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$54,737.14** | **Intercompany transfer** |
| 4.10. **MLD** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$4,500.00** | **Intercompany transfer** |
| 4.11. **Pantheon Global Holdings, LLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Member** | **9/23/21 to 9/23/22** | **$4,141,485.55** | **Intercompany transfer** |
| 4.12. **Pantheon Global Realty, LLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$46,484.65** | **Intercompany transfer** |
| 4.13. **Rem Mgt** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$529,163.24** | **Intercompany transfer** |
| 4.14. **Southwest Matrix Anesthesia, PLLC** **8465 N. Pima Road, Suite 200** **Scottsdale, AZ 85258** **Affiliate** | **9/23/21 to 9/23/22** | **$59,000.00** | **Intercompany transfer** |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.15.| **Tatooine Aviation, LLC**<br>**8465 N. Pima Road, Suite 200**<br>**Scottsdale, AZ 85258**<br>**Affiliate** | **9/23/21 to**<br>**9/23/22** | **$13,608.00** | **Intercompany transfer** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **American National Medical Management LLC and Advanced Remburserment Solutions LLC vs. Podiatric OR of Midtown Manhattan PC**<br>**CV2020-013907** | **Breach of Contract** | **Maricopa County Superior Court**<br>**201 W. Jefferson Street**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Advanced Reimbursement Solutions LLC, American Surgical Development LLC vs. Doctors Outpatient Surgery Center LLC**<br>**CV2020-013874** | **Breach of Contract** | **Maricopa County Superior Court**<br>**201 W. Jefferson Street**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Pantheon Global Holdings LLC and Advanced Reimbursement Solutions LLC vs. Ricoh B. Danielson**<br>**CV2019-013245** | **Breach of Contract** | **Maricopa County Superior Court**<br>**201 W. Jefferson Street**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Maldonado Medical LLC, Gregory B. Maxon Maldonado, Advanced Reimbursement Solutions LLC and American Surgical Development LLC vs. Eduardo Maldonado**<br>**CV2017-007929** | **Defamation** | **Maricopa County Superior Court**<br>**201 W. Jefferson Street**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Advanced Reimbursement Solutions, LLC vs. Clayton Outpatient Surgical Center, Inc., et. al.<br>1:20-CV-4808-WMR | Breach of Contract | George District Court, Atlanta Division<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303-3361 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | Advanced Reimbursement Solutions LLC et. al. vs. Aetna Life Insurance Company et. al.<br>2:19-cv-05395-DJH | ERISA claims and related litigation | U.S. District Court, District of Arizona<br>401 W. Washington St., SPC 1<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | United Healthcare Services Incorporated and UnitedHealthcare Insurance Company vs. Advanced Reimbursement Solutions, LLC, et. al.<br>2:21-cv-01302-DLR | ERISA claims and related litigation | U.S. District Court, District of Arizona<br>401 W. Washington St., SPC 1<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Matthew Jackson vs. Advanced Reimbursement Solutions<br>540-2020-02286 | Title VII of the Civil Rights Act of 1964 | U.S. Equal Employment Opportunity Comm<br>255 E. Temple St, 4th Floor<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Gregory B. Maxon Maldonado Sr.<br>6047 E. Sienna Bouquet Place<br>Cave Creek, AZ 85331 | use of credit card | 9/23/21 to 9/23/22 | $175.00 |
| | Recipients relationship to debtor<br>Relative of owner | | | |
| 9.2. | Dana Christini<br>1720 E. Thunderbird Road Unit 2054<br>Phoenix, AZ 85022 | gift | 9/23/21 to 9/23/22 | $31,384.72 |
| | Recipients relationship to debtor<br>relative of owner | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.3. | **Annabelle Maxon Maldonado**<br>**3918 E.ockingham Road**<br>**Phoenix, AZ 85050** | **gift** | **9/23/21 to**<br>**9/23/22** | **$28,615.17** |
| | Recipients relationship to debtor<br>**Realtive of owner** | | | |
| 9.4. | **Cortni Maldonado**<br>**3436 N. 38th Place**<br>**Phoenix, AZ 85018** | **gift** | **9/23/21 to**<br>**9/23/22** | **$41,730.65** |
| | Recipients relationship to debtor<br>**Relative of owner** | | | |
| 9.5. | **Taylor Maldonado**<br>**5319 N. 2nd Street**<br>**Phoenix, AZ 85012** | **gift** | **9/23/21 to**<br>**9/23/22** | **$237,173.20** |
| | Recipients relationship to debtor<br>**Relative of owner** | | | |
| 9.6. | **Linda Maxon**<br>**6047 E. Sienna Bouquet Place**<br>**Cave Creek, AZ 85331** | **gift** | **9/23/21 to**<br>**9/23/22** | **$51,153.90** |
| | Recipients relationship to debtor<br>**Relative of owner** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen Barnes & Jones, PLC 1850 N. Central Avenue, Suite 1150 Phoenix, AZ 85004** | **Allen Barnes & Jones received $60,000 from Advanced Reimbursement Solutions, LLC. Allen Barnes & Jones applied $39,810.72 toward pre-filing fees and costs including the Chapter 11 filing fee of $1,738. Allen Barnes & Jones is holding $20,189.28 in its IOLTA Trust account for post-petition fees and costs, which will be applied after application to and approval by the U.S. Bankruptcy Court.** | **5/26/22 to 8/12/22** | **$60,000.00** |
| | Email or website address **pgiles@allenbarneslaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Sonoran Capital Advisors 1733 N. Greenfield Road Mesa, AZ 85205** | **Prior to the bankruptcy filing, Sonoran Capital Advisors received $213,804.75 from the Debtor and related Debtor, Advanced Reimbursement Solutions, LLC for CRO, financial advisory and management services. Sonoran Capital Advisors also received $20,000 as a retainer for CRO services in the bankruptcy case, which it is holding in its trust account to scure its post-petition fees and costs to be paid only upon application to and approval by the U.S. Bankruptcy Court.** | **6/1/2022 to 9/22/22** | **$233,804.75** |
| | Email or website address **www.sonorancap.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Unknown third parties | **Various vehicles - CRO continues to investigate these transactions and will supplement or amend the Statement of Financial Affairs when the information is available.** | **over last two years** | **Unknown** |
| | Relationship to debtor **unknown** | | | |

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personal health insurance, SSN, EIN, Medical records**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Pantheon Global Holdings 401k plan** | EIN:  **932534-00118** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Suada Hasanbegovic**<br>**3820 W. Puget Avenue**<br>**Phoenix, AZ 85051** | **8/29/17-2/24/22** |
| 26a.2. | **Gail Robinson**<br>**8061 N. 87th Drive**<br>**Peoria, AZ 85345** | **10/16/17-present** |
| 26a.3. | **Sonoran Capital Advisors**<br>**1733 N. Greenfield Road**<br>**Suite 104**<br>**Mesa, AZ 85205** | **2/22-present** |
| 26a.4. | **CBIZ**<br>**4722 N. 24th Street**<br>**Suite 300**<br>**Phoenix, AZ 85016** | **7/18-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Suada Hasanbegovic**<br>**3820 W. Puget Avenue**<br>**Phoenix, AZ 85051** | **8/29/17-2/24/22** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Gail Robinson**<br>**8061 N. 87th Drive**<br>**Peoria, AZ 85345** | **10/16/17-present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Sonoran Capital Advisors**<br>**1733 N. Greenfield Road**<br>**Suite 104**<br>**Mesa, AZ 85205** | **2/22-present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **CBIZ**<br>**4722 N. 24th Street**<br>**Suite 300**<br>**Phoenix, AZ 85016** | **7/2018-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Gail Robinson**<br>**8061 N. 87th Drive**<br>**Peoria, AZ 85345** | |
| 26c.2.  **CBIZ**<br>**4722 N. 24th Street**<br>**Suite 300**<br>**Phoenix, AZ 85016** | |
| 26c.3.  **Sonoran Capital Advisors**<br>**1733 N. Greenfield Road**<br>**Suite 104**<br>**Mesa, AZ 85205** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **US Small Business Administration**<br>**Office of Disaster Assistance**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory B. Maxon Maldonado Jr. | 5319 N. 2nd Street Phoenix, AZ 85012 | Manager | 1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pantheon Global Holdings, LLC | 8465 N. Pima Road, Suite 200 Scottsdale, AZ 85258 | Member | 99 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandon Maldonado | 3436 N. 38th Place Phoenix, AZ 85018 | Manager | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chris Maldonado | 3918 E. Rockingham Road Phoenix, AZ 85050 | Manager | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Allen | 5443 E. Avalon Drive Phoenix, AZ 85018 | Manager | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Allen | 5443 E. Avalon Drive Phoenix, AZ 85018 | Vice President 0% ownership | 3/5/2015 to 7/29/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Gregory B. Maxon Maldonado Jr. 5319 N. 2nd Street Phoenix, AZ 85012 | $69,645.41 and $180,000.00 | 9/23/21 to 9/23/22 | Draws of $69,645.41 Salary of $180,000.00 |
| | Relationship to debtor Owner/Manager | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Brandon Maldonado**<br>**3436 N. 38th Place**<br>**Phoenix, AZ 85018** | **$19,820.93 and $167,000.00** | **9/23/21 to 9/23/22** | Draws of $19,820.93<br>Salary of $167,000.00 |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.3. | **Chris Maldonado**<br>**3918 E. Rockingham Road**<br>**Phoenix, AZ 85050** | **$21,115.60 and $80,000.00** | **9/23/21 to 9/23/22** | Draws of $21,115.60<br>Salary of $80,000.00 |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.4. | **Gregory B. Maxon Maldonado Sr.**<br>**6047 E. Sienna Bouquet Place**<br>**Cave Creek, AZ 85331** | **$175.00 and $291,044.18** | **9/23/21 to 9/23/22** | Credit card use of $175.00<br>Salary of $291,044.18 |
| | **Relationship to debtor**<br>**Relative of owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
□  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
□  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  7, 2022**

**/s/ Bryan Perkinson**                                          **Bryan Perkinson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re    **Advanced Reimbursement Solutions, LLC**      Case No.    **2:22-bk-06372-BKM**

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 7, 2022**      Signature   **/s/ Bryan Perkinson**

                                                               **Bryan Perkinson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re  **Advanced Reimbursement Solutions, LLC**

Debtor(s)

Case No.  **2:22-bk-06372-BKM**

Chapter  **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of ___22___ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **October 7, 2022**

**/s/ Bryan Perkinson**
**Bryan Perkinson/Chief Restructuring Officer**
Signer/Title

Date: **October 7, 2022**

**/s/ Philip J. Giles**
Signature of Attorney
**Philip J. Giles 30340**
**Allen Barnes & Jones, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000  Fax: 602-252-4712**