ORDERED ACCORDINGLY.

Dated: October 21, 2022

_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al., | Case No. 2:22-bk-06372-BKM |
| Debtors. | (Joint Administered) |
| This filing applies to:<br>☒ ALL DEBTORS<br>☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**ORDER AUTHORIZING DEBTORS' ASSUMPTION OF PLAN OF LIQUIDATION SUPPORT AGREEMENT** |

Upon consideration of the *Motion to Assume Plan of Liquidation Support Agreement* ("Motion") [ECF No. 19] filed by Advanced Reimbursement Solutions, LLC and American Surgical Development, LLC (collectively, the "Debtors"), and the Plan of Liquidation Support Agreement ("PSA"), no objections to the Motion having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** authorizing the Debtors' immediate assumption of the PSA;

/ / /

/ / /

/ / /

{00378959}

**IT IS HEREBY FURTHER ORDERED** that the Debtors are authorized and empowered to take any action necessary to implement and effectuate the terms of this Order and the PSA.

**DATED AND SIGNED ABOVE**