# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF    Arizona    _____

_____

| | | |
|---|---|---|
| In Re. | § | Case No.  22-06372    _____ |
| **ADVANCED REIMBURSEMENT** | § | |
| **SOLUTIONS, LLC** | § | Lead Case No.    22-06372    _____ |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2022 _____    Petition Date: 09/23/2022 _____

Months Pending: 0    Industry Classification: | 5 | 4 | 1 | 6 |

Reporting Method:                    Accrual Basis ⦿           Cash Basis ○

Debtor's Full-Time Employees (current):                    18    _____

Debtor's Full-Time Employees (as of date of order for relief):        18    _____

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☒        Accounts receivable aging
☒        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☐        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer


| | |
|---|---|
| /s/ Bryan Perkinson | Chief Restructuring Officer |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 10/21/2022 | |
| Date | 1733 N. Greenfield Road |
| | Mesa, AZ 85205 |
| | Address |


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $40,634 | |
| b. | Total receipts (net of transfers between accounts) | $30,645 | $30,645 |
| c. | Total disbursements (net of transfers between accounts) | $22,839 | $22,839 |
| d. | Cash balance end of month (a+b-c) | $48,439 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $22,839 | $22,839 |

## Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $278,747 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◉   Market ○   Other ○   (attach explanation)) | $0 |
| d | Total current assets | $2,037,202 |
| e. | Total assets | $1,984,852 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $34,446 |
| m. | Prepetition unsecured debt | $12,341,042 |
| n. | Total liabilities (debt) (j+k+l+m) | $12,375,488 |
| o. | Ending equity/net worth (e-n) | $-10,390,636 |

## Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

## Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

ADVANCED REIMBURSEMENT SOLUTIONS, LLC

**Part 5:  Professional Fees and Expenses**

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |
|  | Firm Name | Role |  |  |  |
| i |  |  |  |  |  |
| ii |  |  |  |  |  |
| iii |  |  |  |  |  |
| iv |  |  |  |  |  |
| v |  |  |  |  |  |
| vi |  |  |  |  |  |
| vii |  |  |  |  |  |
| viii |  |  |  |  |  |
| ix |  |  |  |  |  |
| x |  |  |  |  |  |
| xi |  |  |  |  |  |
| xii |  |  |  |  |  |
| xiii |  |  |  |  |  |
| xiv |  |  |  |  |  |
| xv |  |  |  |  |  |
| xvi |  |  |  |  |  |
| xvii |  |  |  |  |  |
| xviii |  |  |  |  |  |
| xix |  |  |  |  |  |
| xx |  |  |  |  |  |
| xxi |  |  |  |  |  |
| xxii |  |  |  |  |  |
| xxiii |  |  |  |  |  |
| xxiv |  |  |  |  |  |
| xxv |  |  |  |  |  |
| xxvi |  |  |  |  |  |
| xxvii |  |  |  |  |  |
| xxviii |  |  |  |  |  |
| xxix |  |  |  |  |  |
| xxx |  |  |  |  |  |
| xxxi |  |  |  |  |  |
| xxxii |  |  |  |  |  |
| xxxiii |  |  |  |  |  |
| xxxiv |  |  |  |  |  |
| xxxv |  |  |  |  |  |
| xxxvi |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

ADVANCED REIMBURSEMENT SOLUTIONS, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?    Yes ○   No ◉

d. Are you current on postpetition tax return filings?    Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?    Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○   No ○   N/A ◉

i. Do you have:      Worker's compensation insurance?    Yes ◉   No ○

           If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

           Casualty/property insurance?    Yes ◉   No ○

           If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

           General liability insurance?    Yes ◉   No ○

           If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○   No ◉

k. Has a disclosure statement been filed with the court?    Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Bryan Perkinson | Bryan Perkinson |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Restructuring Officer | 10/21/2022 |
| Title | Date |



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

# Advanced Reimbursement Solutions, LLC
## Deposit Detail
### September 23 - 30, 2022

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| **Deposit** | | **09/26/2022** | | **BofA - Operating x...** | **3,294.48** |
| | | | GIS Benefits, Inc | Insurance Expense | -3,294.48 |
| TOTAL | | | | | -3,294.48 |
| | | | | | |
| **Payment** | 25662... | **09/26/2022** | **Scottsdale Spine a...** | **BofA - Operating x...** | **24,393.48** |
| TOTAL | | | | | 0.00 |
| | | | | | |
| **Payment** | 19408... | **09/27/2022** | **RyBar Anesthesiol...** | **BofA - Operating x...** | **300.11** |
| | | | RyBar Anesthesiolo... | Accounts Receivable | 0.55 |
| TOTAL | | | | | 0.55 |
| | | | | | |
| **Payment** | 57825... | **09/28/2022** | **Regen Medical LLC** | **BofA - Operating x...** | **11.59** |
| TOTAL | | | | | 0.00 |
| | | | | | |
| **Payment** | 57825... | **09/28/2022** | **Regen Medical LLC** | **BofA - Operating x...** | **201.16** |
| TOTAL | | | | | 0.00 |
| | | | | | |
| **Payment** | 57825... | **09/28/2022** | **Regen Medical LLC** | **BofA - Operating x...** | **2,443.78** |
| TOTAL | | | | | 0.00 |

# Advanced Reimbursement Solutions, LLC
## Check Detail
### September 23 - 30, 2022

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|

# Advanced Reimbursement Solutions, LLC
## A/R Aging Summary
### As of September 30, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Advanced Houston Surgical PLLC | 0.00 | 0.00 | 0.00 | 1,627.35 | 0.00 | 1,627.35 |
| Alliance Pain Solutions, LLC | 0.00 | -1,243.66 | 0.00 | 0.00 | 797.11 | -446.55 |
| Allied Anesthesia Partners, Inc. | 0.00 | 0.00 | 0.00 | 229.85 | 0.00 | 229.85 |
| Alpha United Medical, LLC | 0.00 | 0.00 | 238.53 | 0.00 | 2,729.75 | 2,968.28 |
| Altitude Surgery Center Lone Tree, PLLC | 0.00 | 608.01 | 0.00 | 0.00 | 0.00 | 608.01 |
| Anesthesia Solutions of Arizona, LLC | 0.00 | 0.00 | 4,930.94 | 10,203.57 | 0.00 | 15,134.51 |
| APR Treatment Center of Phoenix, LLC | 0.00 | 71.19 | 143.78 | 4,369.41 | 0.00 | 4,584.38 |
| APRTC Hayden, LLC | 0.00 | 0.00 | 3.86 | 0.00 | 0.00 | 3.86 |
| Arcadia Commons Surgery Center, LLC | 0.00 | 177.04 | 41.30 | 190.69 | 1,408.01 | 1,817.04 |
| Arizona Pain Centers | 0.00 | 0.00 | 0.00 | 16.54 | 0.00 | 16.54 |
| Arizona Pain Ventures | 0.00 | 0.00 | 18,140.19 | 8,752.20 | 0.00 | 26,892.39 |
| Arizona PM&R LLC | 0.00 | 29.62 | 244.37 | 0.00 | 0.00 | 273.99 |
| Arrowhead Interventional Treatment Center | 0.00 | 0.00 | 0.00 | 0.00 | 54,463.26 | 54,463.26 |
| Arrowhead Outpatient Treatment Center | 0.00 | 0.00 | 0.00 | 0.00 | 611.04 | 611.04 |
| Arrowhead Outpatient Treatment Center #2 | 0.00 | 0.00 | 0.00 | 0.00 | 1,007.16 | 1,007.16 |
| Associated Medical Group, LLC | 0.00 | 14.30 | 0.00 | 0.00 | -75.00 | -60.70 |
| Avalon Surgery and Robotic Center, LLC | 0.00 | 0.00 | 70.00 | 0.00 | 100.00 | 170.00 |
| Avonhealth, LLC | 0.00 | 0.00 | 0.00 | 4,122.00 | 12,311.72 | 16,433.72 |
| AZ Anesthesia Group, LLC | 0.00 | 28.89 | 2,380.00 | 0.00 | 0.00 | 2,408.89 |
| AZ Med Group, LLC | 0.00 | 39.50 | 68.60 | 0.00 | 0.00 | 108.10 |
| BCG Anesthesia, PLLC | 0.00 | 17,772.04 | -214.84 | -159.46 | -22,822.88 | -5,425.14 |
| Big Stone Medical LLC | 0.00 | 688.76 | 601.50 | 0.00 | 790.11 | 2,080.37 |
| Big Stone Medical, LLC (S) | 0.00 | 0.00 | 3,665.17 | 0.00 | 0.00 | 3,665.17 |
| Blue Anesthesia Management, LLC | 0.00 | 276.22 | 0.00 | 0.00 | 0.00 | 276.22 |
| Bravo United Medical, LLC | 0.00 | 0.00 | 52.87 | 0.00 | 1,746.86 | 1,799.73 |
| BRC Chandler LLC | 0.00 | 0.00 | 0.00 | 0.00 | 421.83 | 421.83 |
| Cactus Pain Solutions LLC | 0.00 | 5,737.40 | 172.13 | 0.00 | 0.00 | 5,909.53 |
| Carry On Chiropractic, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -201.17 | -201.17 |
| Central Scottsdale Surgery Center, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,109.06 | 1,109.06 |
| Cherry Street Pain Clinic, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Choice Spine and Pain, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clark Integrated, PLLC | 0.00 | 10.68 | 0.00 | 440.91 | 0.00 | 451.59 |
| Colt Anesthesia, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -1,171.01 | -1,171.01 |
| Desert Ridge Facility | 0.00 | 3,167.22 | 12,689.54 | 6,762.87 | 0.00 | 22,619.63 |
| Desert Ridge Medical Group Anesthesia, LL | 0.00 | 31.18 | 34.72 | 55.50 | 0.00 | 121.40 |
| Desert Ridge Professional LLC | 0.00 | 0.00 | 0.00 | 0.00 | -53.01 | -53.01 |
| DML Healthcare Management, LLC | 0.00 | 0.00 | 255.15 | 0.00 | 0.00 | 255.15 |
| Duke Integrated Healthcare Specialists | 0.00 | 72.03 | 2,962.82 | 59.85 | 0.00 | 3,094.70 |
| Elevate Anesthesia Services, INC | 0.00 | 0.00 | 3,809.16 | 0.00 | 0.00 | 3,809.16 |
| Enhance Medical, LLC (S) | 0.00 | 0.00 | 0.00 | 0.00 | -1,566.44 | -1,566.44 |
| Eulitt Investments LLC | 0.00 | 14.58 | 0.00 | 0.00 | 0.00 | 14.58 |
| Fortis Anesthesia Management, LLC | 0.00 | 3,500.84 | 8,643.81 | 0.00 | 0.00 | 12,144.65 |
| Freedom Healthcare Professional Billing | 0.00 | 0.00 | 4.85 | 0.00 | 1,008.75 | 1,013.60 |
| Gain Wellness MSK, PC | 0.00 | 1,260.46 | 0.00 | 0.00 | 0.00 | 1,260.46 |
| Gilbert Pain Medicine, LLC | 0.00 | 0.00 | 79.24 | 0.00 | 0.00 | 79.24 |
| Goodlife Physical Medicine Corp | 0.00 | 0.00 | -8,500.00 | -2,098.12 | -18,355.58 | -28,953.70 |
| Goodlife Surgery Center, LLC | 0.00 | 187.24 | 27,943.29 | 0.00 | 54,538.66 | 82,669.19 |

# Advanced Reimbursement Solutions, LLC
## A/R Aging Summary
### As of September 30, 2022

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Hayden Surgical Center, LLC | 0.00 | 27.00 | 114.59 | 2,399.67 | 0.00 | 2,541.26 |
| Helium Anesthesia Services, PLLC | 0.00 | 2,351.20 | 2,533.49 | 13,581.96 | 0.00 | 18,466.65 |
| Hood Medical PLLC | 0.00 | 0.00 | 0.00 | 0.00 | -400.00 | -400.00 |
| Infinite Medical Center LLC | 0.00 | 0.00 | 0.00 | 0.00 | -445.84 | -445.84 |
| Infinity Pain Relief LLC | 0.00 | 1,607.98 | 0.00 | 0.00 | 0.00 | 1,607.98 |
| Infinity Pain Relief, LLC (S) | 0.00 | 0.00 | 0.00 | 0.00 | -40.30 | -40.30 |
| Iridium Pain Management, PLLC | 0.00 | 0.00 | 0.00 | 3,065.99 | 0.00 | 3,065.99 |
| JTCH LLC | 0.00 | 91.18 | 0.00 | 0.00 | 1,076.66 | 1,167.84 |
| JTCH, LLC (S) | 0.00 | 73.21 | 0.00 | 0.00 | 3,067.27 | 3,140.48 |
| Keystone Surgicenter, LLC | 0.00 | 2.83 | 0.00 | 273.98 | 0.00 | 276.81 |
| KJ Anesthesia, PLLC | 0.00 | 0.00 | 0.00 | 0.00 | -389.78 | -389.78 |
| Mason Medical LLC | 0.00 | 148.06 | 91.96 | 12.08 | 0.00 | 252.10 |
| Matrix Anesthesia, LLC | 0.00 | 0.00 | 0.00 | 134.20 | 19.20 | 153.40 |
| Mesa Outpatient Treatment Center | 0.00 | 0.00 | 0.00 | 0.00 | 15,861.02 | 15,861.02 |
| Mesa Regen Group LLC | 0.00 | 221.63 | 473.00 | 0.00 | 52.44 | 747.07 |
| Missouri Commons Surgery Center, LLC | 0.00 | 1,412.55 | 8,443.42 | 7,222.52 | 15,066.27 | 32,144.76 |
| Neck Back & Knee Center, Inc. | 0.00 | 1,130.49 | 0.00 | 0.00 | 0.00 | 1,130.49 |
| Noble Anesthesia Services, PLLC | 0.00 | 33.57 | 103.22 | 1,807.85 | 0.00 | 1,944.64 |
| Oak Brook MSK LTD | 0.00 | 0.00 | 0.00 | 0.00 | -38.81 | -38.81 |
| OC Alliance Surgery Center, LLC | 1,749.99 | 550.03 | 0.00 | 13,909.10 | 0.00 | 16,209.12 |
| OCA Medical Group, Inc. | 0.00 | 52.42 | 55.15 | 397.39 | 1,643.31 | 2,148.27 |
| Oklahoma Commons Surgery Center, LLC | 0.00 | 3,676.86 | 4,969.49 | 0.00 | 0.00 | 8,646.35 |
| Owasso Pain Management, Inc. | 0.00 | 45.90 | 0.00 | 102.37 | 220.09 | 368.36 |
| Paragon Physical Medicine & Wellness LLC | 0.00 | 0.00 | 0.00 | -329.98 | -575.30 | -905.28 |
| Park Terrace Surgical Associates, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 98.86 | 98.86 |
| Physical & Regenerative Medicine of Colo | 0.00 | 0.00 | 0.00 | 0.00 | -3,786.82 | -3,786.82 |
| Planting Ground Medicine, LLC | 0.00 | 135.14 | 219.28 | 0.00 | 0.00 | 354.42 |
| Prestige Interventional Group, LLC | 0.00 | 0.00 | 0.00 | 28.62 | 0.00 | 28.62 |
| Provincial Park Surgery Center, LLC | 0.00 | 0.00 | 137.07 | 1,939.37 | 0.00 | 2,076.44 |
| PS DME, LLC | 0.00 | 133.72 | 180.07 | 216.61 | 0.00 | 530.40 |
| Regen Integrated | 0.00 | 114.82 | 0.00 | 0.00 | -2,154.98 | -2,040.16 |
| Regen Integrated, LLC (S) | 0.00 | 204.13 | 0.00 | 17.96 | 8.47 | 230.56 |
| Regen Medical LLC | 0.00 | 89.36 | 0.00 | 0.00 | 1,627.31 | 1,716.67 |
| RegenMed OK, LLC | 0.00 | 122.57 | 4.63 | 0.00 | 71.00 | 198.20 |
| River City Medical LLC | 0.00 | 57.87 | 1,618.61 | 8.47 | 2,777.44 | 4,462.39 |
| River Run Medical Center Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Robotic Surgery Center, LLC | 0.00 | 43.23 | 0.00 | -1,107.60 | -177,259.17 | -178,323.54 |
| Saguaro Treatment Center, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 21,854.47 | 21,854.47 |
| Scottsdale Spine and Joint, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 55,279.68 | 55,279.68 |
| Simple Anesthesia | 0.00 | 0.00 | 0.00 | 0.00 | 321.89 | 321.89 |
| Solutions Med Plus PLLC | 0.00 | 0.00 | 0.00 | 0.00 | 164.25 | 164.25 |
| Solutions Med Plus, PLLC (S) | 0.00 | 0.00 | 0.00 | 0.00 | 12,773.89 | 12,773.89 |
| Solutions MSK PLLC | 0.00 | 15.24 | 0.00 | 0.00 | 152.92 | 168.16 |
| South Denver Regen Inc | 0.00 | 192.56 | 0.00 | 0.00 | 240.80 | 433.36 |
| South Denver Regen, Inc (S) | 0.00 | 184.27 | 0.00 | 0.00 | 3,454.29 | 3,638.56 |
| Superior Healthcare PLLC | 0.00 | 1,475.74 | 0.00 | 3.78 | 1,171.05 | 2,650.57 |
| Superior Healthcare, PLLC (S) | 0.00 | 34.73 | 0.00 | 0.00 | 0.00 | 34.73 |

# Advanced Reimbursement Solutions, LLC
## A/R Aging Summary
### As of September 30, 2022

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Superior Medical Ltd | 0.00 | 290.10 | 0.00 | 115.74 | 7,800.58 | 8,206.42 |
| Surgical Centers of Western New York | 0.00 | 0.00 | 0.00 | 0.00 | 261.57 | 261.57 |
| Tempe Interventional Treatment Center, LL | 0.00 | 0.00 | 19.12 | 0.00 | 10,724.40 | 10,743.52 |
| Tempe Outpatient Treatment Center, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 12.23 | 12.23 |
| Texas Regen, PLLC (S) | 0.00 | 23.03 | 0.00 | 0.00 | 1,905.83 | 1,928.86 |
| Titanium Anesthesia Services, PLLC | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| Tri-Medical Family Care, LLC | 0.00 | 5.58 | 100.52 | 0.00 | 5,789.82 | 5,895.92 |
| True MSK LLC | 0.00 | 77.80 | 169.97 | 11.95 | 0.00 | 259.72 |
| TRUE MSK, LLC (S) | 0.00 | 9.60 | 0.00 | 2.19 | 0.00 | 11.79 |
| Union Anesthesia Group, LLC | 0.00 | 28.51 | 1,785.00 | 0.00 | 0.00 | 1,813.51 |
| Union Pain Group, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -13,185.18 | -13,185.18 |
| Unity Healthcare, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 3,841.81 | 3,841.81 |
| Uptown Pain Management, LLC | 0.00 | 0.00 | -365.71 | 0.00 | -3.10 | -368.81 |
| Uptown Surgical Services, P.C. | 0.00 | 46,770.88 | 0.00 | 0.00 | 10,517.08 | 57,287.96 |
| Utah Intermountain Anesthesia, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -4,884.14 | -4,884.14 |
| Utah Intermountain Pain Management, LLC | 0.00 | 0.00 | 0.00 | 97.62 | 112,687.17 | 112,784.79 |
| Utah Intermountain Surgical Center, LLC | 0.00 | 0.00 | 0.00 | 100.61 | 78,585.17 | 78,685.78 |
| Valley Surgery Center III, LLC | 0.00 | 0.00 | 0.00 | 3,368.95 | 0.00 | 3,368.95 |
| Victus Physician Services, LLC | 0.00 | 658.68 | 426.85 | 0.00 | 0.00 | 1,085.53 |
| West Valley OTC LLC | 0.00 | 0.00 | 0.00 | 0.00 | 51.60 | 51.60 |
| Woodlands Integrated Healthcare Specialis | 0.00 | 0.00 | 56.65 | 8.91 | 0.00 | 65.56 |
| WVF, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 25,327.03 | 25,327.03 |
| TOTAL | 1,749.99 | 95,436.01 | 99,597.36 | 81,963.47 | 280,341.68 | 559,088.51 |

# Advanced Reimbursement Solutions, LLC
## A/P Aging Summary
### As of September 30, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Aetna Behavioral Health, LLC | 239.85 | 479.70 | 0.00 | 0.00 | 1,439.10 | 2,158.65 |
| AFLAC | 0.00 | 0.00 | 0.00 | 0.00 | 12,836.07 | 12,836.07 |
| All Copy Products - Ink | 0.00 | 0.00 | 0.00 | 0.00 | 554.20 | 554.20 |
| All Copy Products - Postage Machine | 0.00 | 856.75 | 856.75 | 773.21 | 856.75 | 3,343.46 |
| Altus Receivables Management | 0.00 | 0.00 | 0.00 | 0.00 | 11,300.00 | 11,300.00 |
| Availity, LLC | 50.12 | 50.06 | 0.00 | 60.36 | 80.46 | 241.00 |
| Banner Occupational Health Clinics | 0.00 | 0.00 | 0.00 | 0.00 | 4,181.00 | 4,181.00 |
| CENTURYLINK Business | 0.00 | 0.00 | 0.00 | 0.00 | 245.85 | 245.85 |
| Concentrix Solutions Corporation | 0.00 | 0.00 | 0.00 | 149,542.63 | 553,334.00 | 702,876.63 |
| CSC | 0.00 | 0.00 | 0.00 | 0.00 | 19,475.50 | 19,475.50 |
| DISCO | 0.00 | 33,595.24 | 42,107.95 | 4,551.25 | 817,508.72 | 897,763.16 |
| eFax Corporate | 0.00 | 448.71 | 419.87 | 721.69 | 0.00 | 1,590.27 |
| Fed Ex | 10.52 | 157.53 | 203.48 | 0.00 | 150.01 | 521.54 |
| GIS Benefits, Inc | 0.00 | 0.00 | 949.59 | 0.00 | 11,416.26 | 12,365.85 |
| Google, Inc | 0.00 | 104.53 | 133.61 | 0.00 | 157.53 | 395.67 |
| Healthiest You | 0.00 | 100.00 | 300.00 | 0.00 | 1,834.00 | 2,234.00 |
| King & Spalding, LLP | 0.00 | 0.00 | 0.00 | 0.00 | 2,352,064.74 | 2,352,064.74 |
| Konica Minolta | 0.00 | 10.30 | 0.00 | 0.00 | 742.31 | 752.61 |
| LexisNexis | 0.00 | 0.00 | 0.00 | 0.00 | 2,076.77 | 2,076.77 |
| Microsoft | 0.00 | 0.00 | 0.00 | 0.00 | -54.03 | -54.03 |
| Papetti Samuels Weiss LLP | 0.00 | 0.00 | 4,672.00 | 0.00 | 47,491.50 | 52,163.50 |
| Proskauer Rose LLP | 0.00 | 0.00 | 24,942.48 | 0.00 | 0.00 | 24,942.48 |
| Rural/Metro Operating Company, LLC | 35,625.00 | 35,625.00 | 35,625.00 | 0.00 | 71,466.30 | 178,341.30 |
| Saddleback Communications | 0.00 | 4,747.27 | 4,776.16 | 4,720.78 | 5,277.90 | 19,522.11 |
| Scio Motus | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| SPARKLETTS & SIERRA SPRINGS | 0.00 | 0.00 | 0.00 | 0.00 | 19.60 | 19.60 |
| Staples Business Advantage | 0.00 | 0.00 | 0.00 | 154.99 | 2,038.73 | 2,193.72 |
| The Wagner Firm | 0.00 | 0.00 | 0.00 | 0.00 | 9,275.00 | 9,275.00 |
| Thorpe Shwer | 0.00 | 0.00 | 45.00 | 6,383.00 | 78,591.98 | 85,019.98 |
| United Healthcare Insurance Company | 0.00 | 0.00 | 0.00 | 0.00 | 152,445.80 | 152,445.80 |
| Verizon | 0.00 | 1,255.84 | 7,748.03 | 0.00 | -847.11 | 8,156.76 |
| **TOTAL** | **35,925.49** | **77,430.93** | **122,779.92** | **166,907.91** | **4,165,958.94** | **4,569,003.19** |

# Advanced Reimbursement Solutions, LLC
## Profit & Loss
### September 23 - 30, 2022

|  | Sep 23 - 30, 22 |
| --- | --- |
| **Ordinary Income/Expense** |  |
| **Expense** |  |
| **Automobile Expense** |  |
| Mileage Reimbursement | 0.00 |
| Parking/Tolls Expense | 0.00 |
| Automobile Expense - Other | 0.00 |
| **Total Automobile Expense** | 0.00 |
| **Computer Expenses** |  |
| Subscriptions | 1,367.43 |
| **Total Computer Expenses** | 1,367.43 |
| **Dues and Subscriptions** | 0.00 |
| **Employee Incentives** | 0.00 |
| **Human Resource Expense** | 0.00 |
| **Insurance Expense** | -5,552.92 |
| **Legal Fees** | 0.00 |
| **Licenses & Fees** | 0.00 |
| **Meals and Entertainment** | 0.00 |
| **Medical Expense** | 0.00 |
| **Office Expense** | 0.00 |
| **Office Supplies** | 0.00 |
| **Payroll Taxes** | 3,188.51 |
| **Postage Expense** |  |
| Delivery and Shipping | 0.00 |
| **Total Postage Expense** | 0.00 |
| **Salaries** | 43,844.07 |
| **Travel Expense** |  |
| Air Transportation | 0.00 |
| **Total Travel Expense** | 0.00 |
| **Total Expense** | 42,847.09 |
| **Net Ordinary Income** | -42,847.09 |

**Sep 30, 22**

**ASSETS**

**Current Assets Checking/Savings**

| | | |
|---|---:|---|
| EW Bank - Payroll x0028 | 973.86 | |
| EW Bank - Operating x0014 | 49,157.79 | |
| BofA - Payroll x6897 | -888.56 | |
| Chase - Operating 8767 | -1,344.00 | |
| Petty Cash | 540.38 | |
| **Total Checking/Savings** | 48,439.47 | |
| | | |
| **Accounts Receivable Accounts Receivable** | | |
| | 559,088.51 | |
| | | |
| **Total Accounts Receivable** | 559,088.51 | |
| | | |
| **Other Current Assets** | | |
| **Due from Tatooine Aviation** | 13,608.00 | |
| Due from Esteem Funding, LLC | 544.99 | |
| Intercompany - Das Auto | 372,183.55 | |
| Intercompany - Southwest Matrix | -145,016.74 | |
| Intercompany - REM MGT | -744,190.09 | |
| Intercompany - AGM | 3,555.03 | |
| Intercompany - Matrix MGT | -781,398.89 | |
| A/R Tax | 4,343.16 | |
| Intercompany - 4 Seasons | -234,492.49 | |
| Intercompany - Advantis HS | 470,841.18 | |
| Intercompany - ASD | 383,318.84 | |
| Intercompany - Ilons | 160,924.32 | |
| Intercompany - Matrix | -54,062.17 | |
| Intercompany - MLD | 3,756.55 | |
| Intercompany - Pantheon | -1,790,890.93 | |
| Intercompany - Pantheon Realty | 16,598.32 | |
| Intercompany - REM | -25,000.00 | -3,775,051.31 |
| **Total Other Current Assets** | -2,345,377.37 | |
| | | |
| **Total Current Assets** | -1,737,849.39 | 2,037,201.92  Adjusted Total Current Assets |
| | | |
| **Fixed Assets** | | *Moving Negative Current Assets to Payables* |
| **Accumulated Depreciation** | -1,313,948.54 | |
| Computer Equipment | 598,695.60 | |
| Furniture and Equipment | 108,209.25 | |
| Leasehold Improvements | 130,233.39 | |
| Software Development | 424,460.00 | |
| **Total Fixed Assets** | -52,350.30 | |
| | | |
| **TOTAL ASSETS** | **-1,790,199.69** | **1,984,851.62**  Adjusted Total Assets |

**Sep 30, 22**

**LIABILITIES & EQUITY**

**Liabilities**

**Current Liabilities Accounts Payable**

*Moving Negative Current Assets to Payables*

| | | |
|---|---:|---|
| Accounts Payable | 4,569,003.19 | |
| **Total Accounts Payable** | 4,569,003.19 | 8,344,054.50 |
| | | |
| **Credit Cards** | | |
| American Express - Centurion | 69,860.23 | |
| American Express - Platinum | 120.61 | |
| **Total Credit Cards** | 69,980.84 | |
| | | |
| **Other Current Liabilities PPP Loan** | | |
| | 4,572,827.00 | |
| **Total Other Current Liabilities** | 4,572,827.00 | |
| | | |
| **Total Current Liabilities** | 9,211,811.03 | |
| | | |
| **Total Liabilities** | 9,211,811.03 | |

**Equity**

**Distributions**                    -1,576,384.51

| | | |
|---|---:|---|
| **Members Draw** | | |
| Member Draw - B. Maldonado | -190,524.67 | |
| Member Draw - Chris Maldonado | -142,948.99 | |

| | |
|---|---:|
| **Member Draw - G. Maldonado Jr** | 448,249.01 |
| **Member Draw - Greg Maxon Sr.** | -83,509.15 |
| **Member Draw - T. Maldonado** | -583,622.18 |
| **Total Members Draw** | -552,355.98 |
| | |
| **Members Equity** | -3,041,521.35 |
| **Members Equity - Pantheon** | 181,318.09 |
| **Net Income** | -6,013,066.97 |
| **Total Equity** | -11,002,010.72 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **-1,790,199.69** |

1,984,851.62 Adjusted Total Liabilities & Equity

*Moving Negative Current Assets to Payables*

**Advanced Reimbursement Solutions, LLC**
## Profit & Loss
**September 23 - 30, 2022**

|  | Sep 23 - 30, 22 |
|---|---|
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Bad Debt (Write Off) | 489.06 |
| **Total Other Expense** | 489.06 |
| **Net Other Income** | -489.06 |
| **Net Income** | **-43,336.15** |

# Advanced Reimbursement Solutions, LLC
# Reconciliation Summary
### BofA - Operating x6884, Period Ending 09/30/2022

|  | Sep 30, 22 |
|---|---|
| **Beginning Balance** | 26,859.79 |
| **Cleared Transactions** | |
| **Checks and Payments - 18 items** | -354,066.85 |
| **Deposits and Credits - 30 items** | 327,207.06 |
| **Total Cleared Transactions** | -26,859.79 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 09/30/2022** | 0.00 |
| **Ending Balance** | 0.00 |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.400.9009

✏️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa,  FL 33622-5118

ADVANCED REIMBURSEMENT SOLUTIONS LLC
OPERATING ACCOUNT
8465 N PIMA RD STE 200
SCOTTSDALE, AZ  85258-4494

# Your Full Analysis Business Checking

for September 1, 2022 to September 30, 2022          Account number:          6884

**ADVANCED REIMBURSEMENT SOLUTIONS LLC     OPERATING ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2022 | $2,880.91 | # of deposits/credits: 11 |
| Deposits and other credits | 327,207.06 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -330,087.97 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $75,469.86 |
| Service fees | -0.00 | |
| **Ending balance on September 30, 2022** | **$0.00** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- –  Tell us your name and account number.
- –  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- –  Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and      Equal Housing Lender



BANK OF AMERICA

ADVANCED REIMBURSEMENT SOLUTIONS LLC | Account #  6884 | September 1, 2022 to September 30, 2022

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 09/26/22 | Preencoded Deposit | 0000000001 | 813008352384409 | 24,393.48 |
| 09/26/22 | Preencoded Deposit | 0000000001 | 813008352384411 | 3,294.48 |
| 09/27/22 | Preencoded Deposit | 0000000001 | 813008352854673 | 300.11 |
| 09/28/22 | Preencoded Deposit | 0000000001 | 813008452132575 | 2,656.53 |
| **Total deposits and other credits** | | | | **$327,207.06** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*continued on the next page*

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/29/22 | ACCOUNT TRANSFER TRSF TO 457024826897 | 2292629281 | 906809290012445 | -23,000.00 |
| 09/30/22 | WIRE TYPE:WIRE OUT DATE:220930 TIME:1540 ET TRN:2022093000688229 SERVICE REF:039718 BNF:ARS, LLC ID:9702530014 BNF BK:EAST WEST BANK ID:322070381 PMT DET:229UF3004HXP1Q70Trans funds t o new account | | 903709300688229 | -49,157.79 |
| **Total withdrawals and other debits** | | | | **-$330,087.97** |

# Daily ledger balances

| Date | Balance ($) |
|---|---|
| 09/26 | 69,201.15 |
| 09/27 | 69,501.26 |
| 09/28 | 72,157.79 |
| 09/29 | 49,157.79 |
| 09/30 | 0.00 |

# Advanced Reimbursement Solutions, LLC
## Reconciliation Summary
### BofA - Payroll x6897, Period Ending 09/30/2022

|  | Sep 30, 22 |
|---|---|
| **Beginning Balance** | 419.08 |
| **Cleared Transactions** | |
| **Checks and Payments - 28 items** | -129,169.08 |
| **Deposits and Credits - 11 items** | 128,750.00 |
| **Total Cleared Transactions** | -419.08 |
| **Cleared Balance** | **0.00** |
| **Uncleared Transactions** | |
| **Checks and Payments - 4 items** | -888.56 |
| **Total Uncleared Transactions** | -888.56 |
| **Register Balance as of 09/30/2022** | **-888.56** |
| **New Transactions** | |
| **Checks and Payments - 5 items** | -22,386.38 |
| **Deposits and Credits - 1 item** | 0.00 |
| **Total New Transactions** | -22,386.38 |
| **Ending Balance** | **-23,274.94** |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.400.9009

✍️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa,  FL 33622-5118

ADVANCED REIMBURSEMENT SOLUTIONS LLC
PAYROLL ACCOUNT
8465 N PIMA RD STE 200
SCOTTSDALE, AZ  85258-4494

# Your Full Analysis Business Checking

for September 1, 2022 to September 30, 2022                    Account number:            6897

**ADVANCED REIMBURSEMENT SOLUTIONS LLC      PAYROLL ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2022 | $419.08 |
| Deposits and other credits | 128,750.00 |
| Withdrawals and other debits | -129,169.08 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2022** | **$0.00** |

# of deposits/credits: 6

# of withdrawals/debits: 25

# of days in cycle: 30

Average ledger balance: $10,238.45

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   –   Tell us your name and account number.
   –   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   –   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and   Equal Housing Lender**

**BANK OF AMERICA**

ADVANCED REIMBURSEMENT SOLUTIONS LLC   |   Account #          6897   |   September 1, 2022 to September 30, 2022

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
|      |                        |                    |                |        |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
|      |                        |                    | 550029208770   | -3,011.11 |

*continued on the next page*

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| | | | | 81.17 |
| 09/29/22 | ADP WAGE PAY    DES:WAGE PAY ID:600061244615Z19  INDN:ADVANCED REIMBURSEMENT  CO ID:9333006057 CCD | | 902571019724177 | -16,655.61 |

*continued on the next page*


ADVANCED REIMBURSEMENT SOLUTIONS LLC | Account #      6897 | September 1, 2022 to September 30, 2022

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| 09/29/22 | ADP Tax      DES:ADP Tax    ID:03Z19 093039A01 INDN:ADVANCED REIMBURSEMENT  CO ID:1941711111 CCD | | 902572012212377 | -5,466.94 |
| 09/29/22 | ADP WAGE GARN    DES:WAGE GARN ID:600061244616Z19  INDN:ADVANCED REIMBURSEMENT  CO ID:9333006057 CCD | | 902571019724506 | -65.77 |
| 09/30/22 | WIRE TYPE:WIRE OUT DATE:220930 TIME:1616 ET TRN:2022093000711225 SERVICE REF:042491 BNF:ARS, LLC ID:9702530028 BNF BK:EAST WEST BANK ID:322070381 PMT DET:229UG15223NN1Q88Trans Funds t o new account | | 903709300711225 | -973.86 |

| **Total withdrawals and other debits** | | | | **-$129,169.08** |

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| | . |
| | |
| 09/29 | 973.86 |
| 09/30 | 0.00 |

This page intentionally left blank

# Advanced Reimbursement Solutions, LLC
## Reconciliation Summary
### Chase - Operating 8767, Period Ending 09/30/2022

|  | Sep 30, 22 |  |
|---|---|---|
| **Beginning Balance** |  | 0.00 |
| **Cleared Balance** |  | 0.00 |
| **Uncleared Transactions** |  |  |
| **Checks and Payments - 1 item** | -1,344.00 |  |
| **Total Uncleared Transactions** | -1,344.00 |  |
| **Register Balance as of 09/30/2022** |  | **-1,344.00** |
| **Ending Balance** |  | -1,344.00 |



**CHASE** 🅾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00019980 DRE 801 252 27822 NNNNNNNNNNN T  1 000000000 79 0000
ADVANCED REIMBURSEMENT SOLUTIONS LLC
8465 N PIMA RD STE 200
SCOTTSDALE AZ 85258-4494

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | www.Chase.com |
| Service Center | 1-877-425-8100 |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol | 1-888-622-4273 |
| International Calls | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your Chase Platinum Business Checking account provides
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



## STOP PAYMENT RENEWAL NOTICE

**ACCOUNT NUMBER**
8767

**BANK NUMBER**
601

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.



| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000279-01 | 12/03/19 | 12/03/22 | 2694 | $220.00 |
| ☐ | 0000280-01 | 12/04/19 | 12/04/22 | 2531 | $35.85 |
| ☐ | 0000281-01 | 12/04/19 | 12/04/22 | 2733 | $12.20 |
| ☐ | 0000282-01 | 12/04/19 | 12/04/22 | 2651 | $76.51 |

Advanced Reimbursement Solutions LLC
8465 N Pima Rd Ste 200
Scottsdale AZ 85258-4494

JPMorgan Chase Bank, N.A.
P.O. Box 182051
Columbus OH 43218-2051


This Page Intentionally Left Blank

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: September 26, 2022
ENDING DATE: September 30, 2022
Total days in statement period: 5
0014
( 0)

BK EST/ADVANCED REIMBURSEMENT SOL DEBTOR
BRYAN B PERKISON, CH11 CRO 0253
CASE #22-06372
OPERATING
1733 N GREENFIELD RD SUITE 104
MESA AZ 85205-3116

Receive your account statements electronically for a paperless experience! Sign up for eStatements via our Online Banking or Mobile App. You can access up to seven years of account history. Visit digital.eastwestbank.com or call 833.468.8356 to learn more.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | 0014 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 1) | 49,157.79 |
| Average balance | $9,831.56 | Total subtractions ( 0) | .00 |
| | | Ending balance | $49,157.79 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 09-30 | Wire Trans-IN          ADVANCED REIMBURSE MENT SOLUTIONS LL | 49,157.79 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 49,157.79 | | | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK   Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: September 26, 2022
ENDING DATE: September 30, 2022
Total days in statement period: 5
0028
( 0)

BK EST/ADVANCED REIMBURSEMENT SOL DEBTOR
BRYAN B PERKISON, CH11 CRO 0253
CASE #22-06372
PAYROLL
1733 N GREENFIELD RD SUITE 104
MESA AZ 85205-3116

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | 0028 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 1) | 973.86 |
| Average balance | $194.77 | Total subtractions ( 0) | .00 |
| | | Ending balance | $973.86 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 09-30 | Wire Trans-IN       ADVANCED REIMBURSE MENT SOLUTIONS LL | 973.86 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 973.86 | | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |