1 | Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
2 | **ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
3 | Phoenix, Arizona 85004
Ofc: (602) 256-6000
4 | Fax: (602) 252-4712
Email: pgiles@allenbarneslaw.com
5 | dnelson@allenbarneslaw.com

6 | Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al., | Case No. 2:22-bk-06372-BKM |
| Debtors. | (Jointly Administered) |
| This filing applies to:<br>☒ ALL DEBTORS<br>☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**DEBTORS' PRE-CONFERENCE STATUS REPORT**<br><br>Hearing Date: November 1, 2022<br>Hearing Time: 11:00 a.m.<br>Location: Telephonic |

Advanced Reimbursement Solutions, LLC ("ARS") and American Surgical Development, LLC ("ASD," with ARS, the "Debtors"), the debtors-in-possession in the above-captioned Chapter 11 cases (collectively, the "Case"), by and through undersigned counsel, hereby files this Status Report in response to the Court's *Notice and Order Setting Telephonic Status Hearing for Chapter 11 Status Conference* ("Status Conference Order") [ECF No. 43]. The Debtors hereby respond to the status inquiries identified in the Status Conference Order as provided below. Of note, on October 25, 2022 the Debtors filed: (1) the *Debtors' Plan of Liquidation Dated October 25, 2022* ("Plan") [ECF No. 72]; and (2) *Debtors' Disclosure Statement Dated October 25, 2022*

{00380036}

("Disclosure Statement") [ECF No. 73]. The Plan and Disclosure Statement are referenced herein.

> **1) The nature of the debtor's operations, the factors leading to the filing of chapter 11, and the status of the debtor's postpetition operations.**

--The nature of the debtor's operations and the factors leading to the filing of this Case are fully discussed in Article 2 of the Disclosure Statement, which is incorporated herein by reference. ARS, an out of network medical claims billing company, continues to operate in a limited capacity, primarily focused on completing work in progress and collecting account receivables. ARS will cease operations no later than December 31, 2022. Notwithstanding, ARS or the Liquidating Trustee will continue to finalize any work in progress and collect account receivables post-confirmation to the extent they remain outstanding. ASD, a marketing company that served as a complement to ARS, ceased operating as of the petition date, though it continues to collect on its pre-petition account receivables.

> **2) Whether the debtor is current on filing monthly operating reports, paying U.S. Trustee's fees, and paying ordinary course post−petition expenses and lease payments.**

--The Debtors are current on all post-petition obligations, including filing their monthly operating reports and payment of U.S. Trustee quarterly fees.

> **3) All issues and disputes that must be resolved by litigation or negotiation before a plan of reorganization can be filed or confirmed, and any other impediments to the filing of a plan.**

--The Debtors filed their Plan and Disclosure Statement on October 25, 2022 at ECF Nos. 72-73. Prior to filing the Plan and Disclosure Statement, the Debtors entered into the *Plan of Liquidation Support Agreement* ("PSA") with their two major creditors and equity holders, among others. *See* ECF No. 19. The Court authorized the

Debtors' assumption of the PSA on October 21, 2022. *See* ECF No. 69. There are no issues or disputes that must be resolved prior to confirmation of the Plan. Notwithstanding, the Debtors, along with the parties to the PSA, are mediating estate and non-estate claims before the Honorable Judge Collins on November 29 and 30, 2022. *See* ECF No. 60.

**4) The status of any pending litigation involving the debtor.**

--Both the Aetna Litigation and United Litigation, as defined in the Disclosure Statement, are stayed as to Debtors pursuant to 11 U.S.C. § 362(a), and remain ongoing as to non-debtor third parties. Additionally, Concentrix Solutions Corporation filed suit against ARS for breach of contract in the Superior Court for the State of Delaware, and that litigation is also stayed pursuant to 11 U.S.C. § 362(a).

**5) The setting of hearings on use of cash collateral, utility issues, lease assumptions or rejections, and/or exclusivity (see §§ 363(c)(2), 365(d)(3) and (4), 366(b) and 1121(d)).**

--Not applicable.

**6) Whether debtor is a small business or whether the case qualifies as a single asset real estate.**

--The Debtors do not qualify as a small business, nor does the Case qualify single asset real estate case.

**7) A deadline for the filing of a plan and disclosure statement.**

--The Debtors filed their Plan and Disclosure Statement on October 25, 2022 at ECF Nos. 72-73. Through a separate motion filed concurrently herewith, the Debtors are seeking an order conditionally approving the Disclosure Statement and setting a combined hearing on final approval of the Disclosure Statement and confirmation of the Plan.

/ / /

**8) A deadline for the filing of proofs of claim and interests.**

--The deadline to file proofs of claim and interests has been set for December 7, 2022. *See* ECF No. 35.

Respectfully submitted,

DATED: October 28, 2022.

**ALLEN BARNES & JONES, PLC**

*/s/ PJG #30340*
Philip J. Giles
David B. Nelson
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorneys for Debtors

**E-FILED** on October 28, 2022 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** mailed the same date via U.S. Mail to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

**COPY** e-mailed the same date to:

| | |
|---|---|
| Edward K. Bernatavicius<br>18 Office of the United States Trustee<br>230 N. First Avenue, Suite 204<br>19 Phoenix, AZ 85003-1706<br>Edward.K.Bernatavicius@usdoj.gov<br>*Trial Attorney* | Bryan Perkinson<br>Chief Restructuring Officer<br>c/o Sonoran Capital Advisors<br>1733 N. Greenfield Rd., Ste 104<br>Mesa, AZ 85205<br>bperkinson@sonorancap.com |
| Geoffrey Goodman<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, Illinois 60654<br>ggoodman@foley.com | Eric S. Goldstein<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 0 6103-1919<br>egoldstein@goodwin.com<br>*Attorneys for United Healthcare Insurance Company and United HealthCare Services, Inc.* |

/ / /

{00380036} -4-

| | |
|---|---|
| Alan A. Meda<br>Burch & Cracchiolo, P.A.<br>1850 N. Central Ave., Suite 1700<br>Phoenix, AZ 85004<br>ameda@bcattorneys.com<br>*Attorney for Pantheon Global Holdings, LLC* | Jason D. Curry<br>Amelia B. Valenzuela<br>QUARLES & BRADY LLP<br>Renaissance One<br>Two N. Central Avenue<br>Phoenix, AZ 85004<br>jason.curry@quarles.com<br>amelia.valenzuela@quarles.com<br>Sybil.Aytch@quarles.com<br>*Attorneys for United Healthcare Insurance Company and United HealthCare Services, Inc.* |
| Janel M. Glynn<br>Lindsi M. Weber<br>THE BURGESS LAW GROUP<br>3131 E. Camelback Road, Ste. 224<br>Phoenix, AZ 85016<br>janel@theburgesslawgroup.com<br>lindsi@theburgesslawgroup.com<br>*Counsel for The Aetna Life Insurance Company, Aetna, Inc., and Aetna Health, Inc.* | Michael W. Carmel, Esq.<br>MICHAEL W. CARMEL, LTD.<br>80 East Columbus Avenue<br>Phoenix, AZ 85012-2334<br>Michael@mcarmellaw.com<br>*Attorney for Troon Pain Management LLC; Robotic Surgery Center, LLC; Physicians Billing Associates, LLC; Facilities Billing Associates, LLC; and Arizona Pain Doctors, LLC* |
| Katherine E. Anderson, Esq.<br>BALLARD SPAHR LLP<br>1 East Washington St., Suite 2300<br>Phoenix, Arizona 85004-2555<br>andersonke@ballardspahr.com<br>*Counsel for United Healthcare Insurance Co and United HealthCare Services, Inc* | |

*/s/ Melissa Morgan*