ORDERED ACCORDINGLY.

Dated: October 28, 2022

_____
Brenda K. Martin, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:22-bk-06372-BKM<br><br>(Jointly Administered) |
| This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**ORDER GRANTING MOTION FOR ACCELERATED HEARING** |

The Court having considered the *Motion for Accelerated Hearing et al.* [ECF No. 80] ("Motion for Accelerated Hearing") regarding the *Motion for Order: (1) Conditionally Approving Debtors' Disclosure Statement Dated October 25, 2022; (2) Setting Hearing to Consider Final Approval of Debtors' Disclosure Statement Dated October 25, 2022; (3) Fixing Time for Filing Acceptance or Rejection of Debtors' Plan of Reorganization Dated October 25, 2022; and (4) Setting Hearing on Confirmation of Debtors' Plan of Reorganization Dated October 25, 2022* [ECF No. 79] ("Combined Hearing Motion") filed by Advanced Reimbursement Solutions, LLC and American Surgical Development, LLC ("Debtors"), and good cause appearing,

{00380362}

**IT IS HEREBY ORDERED** granting the Motion for Accelerated Hearing and setting the hearing on the Combined Hearing Motion for **November 4, 2022 at 11:45 a.m.** ("Hearing") before the Honorable Brenda K. Martin at the United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 701, Phoenix, AZ 85003. Parties may request to appear telephonically by contacting Jennifer Lowry, Courtroom Deputy, at Jennifer_Lowry@azb.uscourts.gov.

**IT IS FURTHER ORDERED** that any objections to the Combined Hearing Motion shall be filed prior to the Hearing.

**IT IS FURTHER ORDERED** that the Debtors shall immediately serve a copy of this Order and the Combined Hearing Motion upon all creditors and parties-in-interest, and file a certificate of service thereof.

**SIGNED AND DATED ABOVE**