Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@allenbarneslaw.com
dnelson@allenbarneslaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al., | Case No. 2:22-bk-06372-BKM |
| Debtors. | (Jointly Administered) |
| This filing applies to:<br>☐ ALL DEBTORS<br>☒ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**AMENDMENT TO SCHEDULE A/B: PROPERTY** |

Advanced Reimbursement Solutions, LLC ("**Debtor**"), by and through undersigned counsel, hereby files the Amended Schedule A/B attached hereto as **Exhibit A** to include assets that were inadvertently omitted from the Schedules of Assets and Liabilities filed on October 7, 2022 [ECF 52].

DATED: October 28, 2022.

**ALLEN BARNES & JONES, PLC**

/s/ PJG #30340
Philip J. Giles
David B. Nelson
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorneys for Debtors

/ / /

{00379107}

| | | |
|---|---|---|
| 1 | **E-FILED** on October 28, 2022 with the U.S. Bankruptcy Court and copies served | |
| 2 | via ECF notice on all parties that have appeared in the case. | |
| 3 | **COPY** mailed the same date via U.S. Mail to: | |
| 4 | Office of the U.S. Trustee 230 N. First Avenue, Suite 204 | |
| 5 | Phoenix, AZ 85003-1706 | |
| 6 | **COPY** e-mailed the same date to: | |
| 7 | Edward K. Bernatavicius | Bryan Perkinson |
| | 18 Office of the United States Trustee | Chief Restructuring Officer |
| 8 | 230 N. First Avenue, Suite 204 | c/o Sonoran Capital Advisors |
| | 19 Phoenix, AZ 85003-1706 | 1733 N. Greenfield Rd., Ste 104 |
| 9 | Edward.K.Bernatavicius@usdoj.gov | Mesa, AZ 85205 |
| | *Trial Attorney* | bperkinson@sonorancap.com |
| 10 | | |
| | Geoffrey Goodman | Eric S. Goldstein |
| 11 | Foley & Lardner LLP | Shipman & Goodwin LLP |
| | 321 N. Clark St., Suite 3000 | One Constitution Plaza |
| 12 | Chicago, Illinois 60654 | Hartford, CT 0 6103-1919 |
| | ggoodman@foley.com | egoldstein@goodwin.com |
| 13 | | *Attorneys for United Healthcare Insurance Company and United HealthCare Services,* |
| 14 | | *Inc.* |
| 15 | Alan A. Meda | Jason D. Curry |
| | Burch & Cracchiolo, P.A. | Amelia B. Valenzuela |
| 16 | 1850 N. Central Ave., Suite 1700 | QUARLES & BRADY LLP |
| | Phoenix, AZ 85004 | Renaissance One |
| 17 | ameda@bcattorneys.com | Two N. Central Avenue |
| | *Attorney for Pantheon Global Holdings,* | Phoenix, AZ 85004 |
| 18 | *LLC* | jason.curry@quarles.com |
| | | amelia.valenzuela@quarles.com |
| 19 | | Sybil.Aytch@quarles.com |
| | | *Attorneys for United Healthcare Insurance* |
| 20 | | *Company and United HealthCare Services,* |
| | | *Inc.* |
| 21 | | |
| | Janel M. Glynn | Michael W. Carmel, Esq. |
| 22 | Lindsi M. Weber | MICHAEL W. CARMEL, LTD. |
| | THE BURGESS LAW GROUP | 80 East Columbus Avenue |
| 23 | 3131 E. Camelback Road, Ste. 224 | Phoenix, AZ 85012-2334 |
| | Phoenix, AZ 85016 | Michael@mcarmellaw.com |
| 24 | janel@theburgesslawgroup.com | *Attorney for Troon Pain Management LLC;* |
| | lindsi@theburgesslawgroup.com | *Robotic Surgery Center, LLC; Physicians* |
| 25 | *Counsel for The Aetna Life Insurance* | *Billing Associates, LLC; Facilities Billing* |
| | *Company, Aetna, Inc., and Aetna Health,* | *Associates, LLC; and Arizona Pain* |
| 26 | *Inc.* | *Doctors, LLC* |

| | |
|---|---|
| 1 | Katherine E. Anderson, Esq.<br>BALLARD SPAHR LLP |
| 2 | 1 East Washington St., Suite 2300<br>Phoenix, Arizona 85004-2555 |
| 3 | andersonke@ballardspahr.com<br>*Counsel for United Healthcare* |
| 4 | *Insurance Co and United HealthCare Services, Inc* |
| 5 | |
| 6 | */s/ Sherry Gomez* |

EXHIBIT A

| | | |
|---|---|---|
| Fill in this information to identify the case: | | |
| Debtor name | Advanced Reimbursement Solutions, LLC | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | |
| Case number (if known) | 2:22-bk-06372-BKM | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**  $540.38

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank (Operating) | Checking | 8767 | $0.00 |
| 3.2. Bank of America (Operating) | Checking | 6884 | $41,513.19 |
| 3.3. Bank of America (Payroll) | Checking | 6897 | $0.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**  $42,053.57
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor  **Advanced Reimbursement Solutions, LLC**  Case number *(If known)* 2:22-bk-06372-BKM
         Name

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **1,701,770.62** | - | 1,425,330.78 | = .... | $276,439.84 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **314,831.01** | - | 314,831.01 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** $276,439.84

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** Work in progress | | Unknown | | Unknown |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.** $0.00

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor  **Advanced Reimbursement Solutions, LLC**　　　　　Case number *(If known)* **2:22-bk-06372-BKM**
　　　　　Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　■ No. Go to Part 7.
　☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　☐ No. Go to Part 8.
　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture consisting of artwork and motorized standing desks | $108,209.25 | | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment | $598,695.60 | | Unknown |
| Billing software | $424,460.00 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00
　Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
　■ No
　☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　■ No
　☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　■ No. Go to Part 9.
　☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

　☐ No. Go to Part 10.
　■ Yes Fill in the information below.

| Debtor | Advanced Reimbursement Solutions, LLC | Case number (If known) 2:22-bk-06372-BKM |
|---|---|---|
| | Name | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Leased property and leasehold improvements | Informal leasehold interest | $130,233.39 | | Unknown |

56. **Total of Part 9.** $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>Internet domain names and websites (Godaddy domain appraisal) | Unknown | | $100.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer list | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** $100.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 4

Debtor **Advanced Reimbursement Solutions, LLC**  
Name

Case number *(If known)* **2:22-bk-06372-BKM**

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|
    | **71. Notes receivable**<br>Description (include name of obligor) | |
    | **72. Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Employee Retention Tax Credit benefit (subject to application and approval)**    Tax year **2020-2021** | Unknown |
    | **73. Interests in insurance policies or annuities**<br>**Interest in Pantheon Global Holdings, LLC's D&O and E&O insurance policy as Debtor is listed as an additional insured party** | Unknown |
    | **74. Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Judgment against Podiatric OR of Midtown Manhattan PC (joint interest with American National Medical Mangement, LLC)**<br>Nature of claim    **Breach of contract**<br>Amount requested    **$102,472.34** | $102,472.34 |
    | **Judgment against Doctors Outpatient Surgery Center LLC**<br>Nature of claim    **Breach of contract**<br>Amount requested    **$797,153.71** | $841,540.05 |
    | **Judgment against Ricoh B. Danielson (joint interest with Pantheon Global Holdings, LLC)**<br>Nature of claim    **Breach of contract**<br>Amount requested    **$100,000.00** | $100,000.00 |
    | **Judgment against Eduardo Maldonado (joint interest with American Surgical Development LLC)**<br>Nature of claim    **Defamation**<br>Amount requested    **$656,705.95** | $656,985.16 |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 5

| Debtor | Advanced Reimbursement Solutions, LLC | Case number (If known) | 2:22-bk-06372-BKM |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| | **Judgment against Clayton Outpatient Surgical Center, Inc., Clayton Mobile Diagnostic Clinic, Inc., Stanley R. Kalish and Miriam Meri Shalem** | $215,650.20 |
| | Nature of claim    Breach of contract | |
| | Amount requested           $215,650.20 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**   $1,916,647.75

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 6

Debtor  **Advanced Reimbursement Solutions, LLC**  Case number *(If known)* **2:22-bk-06372-BKM**
      Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,053.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $276,439.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,916,647.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,235,241.16  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,235,241.16 |

## United States Bankruptcy Court
### District of Arizona

In re **Advanced Reimbursement Solutions, LLC**  
Debtor(s)

Case No. **2:22-bk-06372-BKM**  
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amendment to Schedule A/B, consisting of __7__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **10/28/2022**

Signature **/s/ Bryan Perkinson**  
**Bryan Perkinson**  
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.