Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@allenbarneslaw.com
       dnelson@allenbarneslaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al., | Case No. 2:22-bk-06372-BKM |
| | (Jointly Administered) |
| Debtors. | |
| This filing applies to: | Case No. 2:22-bk-06372-BKM |
| | Case No. 2:22-bk-06373-BKM |
| ☐ ALL DEBTORS | |
| ☒ ADVANCED REIMBURSEMENT SOLUTIONS, LLC; | **AMENDMENT TO SCHEDULES E/F** |
| ☐ AMERICAN SURGICAL DEVELOPMENT, LLC | |

Advanced Reimbursement Solutions, LLC ("**Debtor**"), by and through undersigned counsel, hereby amends Schedule E/F to correct the amount of the debt owed to Lara A. Albertson and to correct the spelling of creditor Matthew Jackson's name, which are set forth on the attached **Exhibit A**.

DATED: October 28, 2022.

**ALLEN BARNES & JONES, PLC**

/s/ PJG #30340
Philip J. Giles
David B. Nelson
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorneys for Debtors

///

{00379098}

| | |
|---|---|
| **E-FILED** on October 28, 2022 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case. | |
| **COPY** mailed the same date via U.S. Mail to: | |
| Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ  85003-1706 | |
| **COPY** e-mailed the same date to: | |
| Edward K. Bernatavicius<br>18 Office of the United States Trustee<br>230 N. First Avenue, Suite 204<br>19 Phoenix, AZ 85003-1706<br>Edward.K.Bernatavicius@usdoj.gov<br>*Trial Attorney* | Bryan Perkinson<br>Chief Restructuring Officer<br>c/o Sonoran Capital Advisors<br>1733 N. Greenfield Rd., Ste 104<br>Mesa, AZ  85205<br>bperkinson@sonorancap.com |
| Geoffrey Goodman<br>Foley & Lardner LLP<br>321 N. Clark St., Suite 3000<br>Chicago, Illinois 60654<br>ggoodman@foley.com | Eric S. Goldstein<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 0 6103-1919<br>egoldstein@goodwin.com<br>*Attorneys for United Healthcare Insurance Company and United HealthCare Services, Inc.* |
| Alan A. Meda<br>Burch & Cracchiolo, P.A.<br>1850 N. Central Ave., Suite 1700<br>Phoenix, AZ  85004<br>ameda@bcattorneys.com<br>*Attorney for Pantheon Global Holdings, LLC* | Jason D. Curry<br>Amelia B. Valenzuela<br>QUARLES & BRADY LLP<br>Renaissance One<br>Two N. Central Avenue<br>Phoenix, AZ  85004<br>jason.curry@quarles.com<br>amelia.valenzuela@quarles.com<br>Sybil.Aytch@quarles.com<br>*Attorneys for United Healthcare Insurance Company and United HealthCare Services, Inc.* |

///

///

///

///

///

///

{00379098} -2-

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Janel M. Glynn<br>Lindsi M. Weber<br>THE BURGESS LAW GROUP<br>3131 E. Camelback Road, Ste. 224<br>Phoenix, AZ  85016<br>janel@theburgesslawgroup.com<br>lindsi@theburgesslawgroup.com<br>*Counsel for The Aetna Life Insurance Company, Aetna, Inc., and Aetna Health, Inc.* | Michael W. Carmel, Esq.<br>MICHAEL W. CARMEL, LTD.<br>80 East Columbus Avenue<br>Phoenix, AZ 85012-2334<br>Michael@mcarmellaw.com<br>*Attorney for Troon Pain Management LLC; Robotic Surgery Center, LLC; Physicians Billing Associates, LLC; Facilities Billing Associates, LLC; and Arizona Pain Doctors, LLC* |

Katherine E. Anderson, Esq.
BALLARD SPAHR LLP
1 East Washington St., Suite 2300
Phoenix, Arizona 85004-2555
andersonke@ballardspahr.com
*Counsel for United Healthcare Insurance Co and United HealthCare Services, Inc*

*/s/ Sherry Gomez*

EXHIBIT A

{00035089}

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | Advanced Reimbursement Solutions, LLC | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | |
| Case number (if known) | 2:22-bk-06372-BKM | |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Lara A. Albertson**<br>**6224 E. Kelton Lane**<br>**Scottsdale, AZ 85254**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**commissions earned**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$34,957.07** | **$15,150.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   |   | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Matthew Jackson**<br>**12301 N. 151st Drive**<br>**Surprise, AZ 85379**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2286** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **EEOC claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

Official Form 206E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 1 of 2
30975

| | | |
|---|---|---|
| Debtor | **Advanced Reimbursement Solutions, LLC**<br>Name | Case number (if known) **2:22-bk-06372-BKM** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 34,957.07 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 34,957.07 |

# United States Bankruptcy Court
## District of Arizona

In re **Advanced Reimbursement Solutions, LLC**     Case No. **2:22-bk-06372-BKM**
Debtor(s)     Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amendment to Schedule E/F, consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date 10/28/2022     Signature /s/ Bryan Perkinson
**Bryan Perkinson**
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.