# U.S. BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| **ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al.,** | Case No. 2:22-bk-06372-BKM |
| Debtors. | (Jointly Administered) |
| This filing applies to: | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM |
| ☒ ALL DEBTORS | |
| ☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC | **ORDER OF RECUSAL** |
| ☐ AMERICAN SURGICAL DEVELOPMENT, LLC | |

The Court will sua sponte recuse itself from the Emergency Motion for Reconsideration of Entry of 2004 Orders and for Protective Order filed by Mr. Alan Meda on behalf of Brandon and Cortni Maldonado, Gregory Brian Maxon Maldonado and Taylor Maxon Maldonado, Christopher Maldonado and Annabelle Maxon Maldonado, and Pantheon Global Holdings, LLC (Dkt. No. 166). The Clerk was requested to reassign this

motion to another Arizona Bankruptcy Judge by random draw. The Court is advised the randomly selected reassigned Judge is: **Honorable Madeleine C. Wanslee**.

**ORDERED ACCORDINGLY.**

Copies emailed this 2nd day of December 2022 to:

Philip J. Giles
ALLEN BARNES & JONES, PLC
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Email: pgiles@allenbarneslaw.com
Attorneys for the Debtors

Alan A. Meda
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Email: ameda@bcattorneys.com
Attorneys for Pantheon Global Holdings, LLC, Brandon and Cortni Maldonado, Gregory Maxon Maldonado and Taylor Maxon Maldonado, Christopher Maldonado and Annabelle Maxon Maldonado

Janel M. Glynn
Lindsi M. Weber
THE BURGESS LAW GROUP
3131 E. Camelback Rd., Suite 224
Phoenix, AZ 85016
Email: janel@theburgesslawgroup.com, lindsi@theburgesslawgroup.com
Attorneys for Aetna Health, Inc., Aetna Inc., and The Aetna Life Insurance Company

2
Case 2:22-bk-06372-BKM    Doc 172    Filed 12/02/22    Entered 12/02/22 15:50:32    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| 1 | Eric S. Goldstein<br>SHIPMAN & GOODWIN LLP |
| 2 | One Contsitution Plaza<br>Hartford, CT 06103 |
| 3 | Email: egoldstein@goodwin.com |
| 4 | Attorneys for United Healthcare Insurance Company and United Healthcare Services, Inc. |
| 5 | |
| 6 | Katherine E. Anderson<br>BALLARD SPAHR LLP |
| 7 | 1 E. Washington Street, Suite 2300<br>Phoenix, AZ 85004 |
| 8 | Email: andersonke@ballardspahr.com |
| 9 | Attorneys for United Healthcare Insurance Company and United Healthcare Services, Inc. |
| 10 | |
| 11 | Edward K. Bernatavicius<br>Office of the United States Trustee |
| 12 | 230 N. First Ave., Suite 204<br>Phoenix, AZ 85003 |
| 13 | Email: Edward.k.bernatavicius@usdoj.gov<br>U.S. Trustee |
| 14 | |
| 15 | By: /s/Annette J. Franchello |
| 16 |     Judicial Assistant |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |