1  Philip J. Giles, State Bar #30340
   David B. Nelson, State Bar #34100
2  **ALLEN BARNES & JONES, PLC**
   1850 N. Central Ave., Suite 1150
3  Phoenix, Arizona 85004
   Ofc: (602) 256-6000
4  Fax: (602) 252-4712
   Email: pgiles@allenbarneslaw.com
5         dnelson@allenbarneslaw.com

6  Attorneys for Debtors

7               **UNITED STATES BANKRUPTCY COURT**

8                     **DISTRICT OF ARIZONA**

9  In re:                          | Chapter 11

10 ADVANCED REIMBURSEMENT          | Case No. 2:22-bk-06372-BKM
   SOLUTIONS, LLC, et. al.,        |
11                                 | (Jointly Administered)
            Debtors.               |
12 _____     |
   This filing applies to:         | Case No. 2:22-bk-06372-BKM
13                                 | Case No. 2:22-bk-06373-BKM
     ☒ ALL DEBTORS
14   ☐ ADVANCED REIMBURSEMENT      | **SECOND INTERIM APPLICATION**
        SOLUTIONS, LLC;            | **FOR COMPENSATION OF FEES**
15   ☐ AMERICAN SURGICAL           | **INCURRED BY BRYAN PERKINSON**
        DEVELOPMENT, LLC           | **AND SONORAN CAPITAL ADVISORS**
16                                 | **AS CHIEF RESTRUCTURING**
                                   | **OFFICER FOR THE DEBTORS**
17

18          **APPLICATION PERIOD: NOVEMBER 1 – 30, 2022**

19         Sonoran Capital Advisors, LLC, by and through Bryan Perkinson (collectively,

20 "Sonoran"), Chief Restructuring Officer ("CRO") for Advanced Reimbursement

21 Solutions, LLC ("ARS") and American Surgical Development, LLC ("ASD" and

22 collectively with ARS, the "Debtors") in the above-referenced jointly administered

23 Chapter 11 cases ("Cases"), hereby files its *Second Interim Application for Compensation*

24 *of Fees Incurred by Bryan Perkinson and Sonoran Capital Advisors as CRO for the*

25 *Debtors* ("Fee Application"), seeking an order allowing and approving Sonoran's fees

26 incurred as CRO and financial advisor for the Debtors, and authorizing and directing

{00385845}

immediate payment from the estate of the fees requested herein for the period of November 1 - 30, 2022 ("Application Period") as an allowed administrative expense, to the extent that such payment does not prejudice claims of equal priority.

In support of its Fee Application, Sonoran submits its billing and expense statements for fees incurred in connection with the Debtors for the Application Period, attached hereto as **Exhibit A**. Sonoran seeks approval of fees in the total amount of $40,647.25. Sonoran also seeks approval of costs in the amount of $107.79, representing the purchase price of a WD 4TB Portable Drive purchased for additional backup storage of Debtors' records.

As detailed in Exhibit A, during the Application Period Sonoran spent 119.55 hours in connection with its services for the Debtors. As Sonoran in its capacity as CRO has managed the Debtors as one unified enterprise due to the interrelatedness between the entities, time entries are entered as such.

Services for which allowance of compensation is requested were performed by Sonoran solely on behalf of the Debtors and not on behalf of any other person or entity. Compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331, and 503(a) and (b), Fed. R. Bankr. P. 2016(a), as well as the Stipulated Order re Fee Procedures [ECF No. 68], and in compliance with the Guidelines of the Office of the United States Trustee for the District of Arizona ("UST Guidelines").

Sonoran has not made any arrangement to share compensation with any party, nor does Sonoran have any arrangement to share any compensation hereinafter awarded, except as between Sonoran's members.

The fees as may be awarded and paid to Sonoran pursuant to this Application will be "on account" type fees. This is Sonoran's second interim application for payment of fees and costs. Previously, Sonoran filed its first interim fee application and was awarded $61,280.75 in fees. *See* ECF No. 171.

The rates charged by Sonoran are at or below the normal and customary rated charged by chief restructuring officers and financial advisors of similar expertise and experience performing similar services in the Phoenix metropolitan area. The rates charged by the professionals in this case are the same as those charged for non-bankruptcy clients. The following professionals and paraprofessionals provided services to the Debtors during the Application Period:

(A) <u>Bryan Perkinson.</u> Bryan Perkinson has been a restructuring professional for 15 years. His customary rate in Chapter 11 cases is $495 per hour.

(B) <u>Phil Chapman</u>. Phil Chapman has worked in finance and accounting for over 18 years. His customary rate is $295 per hour.

(C) <u>Nicole Hansen</u>. Nicole Hansen has worked as a financial administrator, bookkeeper, and accounting support professional for over 10 years. Her customary rate is $150 per hours.

The time expended by Sonoran's professionals, and the total fees incurred are summarized as follows:

| Professionals | Hours | Rate | Total |
|---|---|---|---|
| Bryan Perkinson | 37.05 | $495 | $18,339.75 |
| Phillip Chapman | 68.50 | $295 | $20,207.50 |
| Nicole Hansen | 14.00 | $150 | $2,100.00 |
| **TOTALS** | **119.55** | | **$40,647.25** |

Sonoran requests the right to supplement this Application if additional fees and costs are incurred. In further support of its Application, Sonoran respectfully represents as follows:

# I. **<u>NARRATION</u>**

A. <u>Background</u>

1. As of June 15, 2022, Sonoran and Mr. Perkinson were appointed by

Debtors as their Chief Restructuring Officer.

2. On September 23, 2022, CRO authorized the filing of Debtors' voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

3. Sonoran is the Court approved CRO for the Debtors. ECF No. 31. As CRO, Sonoran, through Mr. Perkinson and Sonoran's associates, provide management and financial advisory services to the Debtors, operate and manage the Debtors, and serve as the Debtors' representatives in these bankruptcy cases.

4. This is Sonoran's second interim application for compensation.

5. Sonoran requests reimbursement for 119.55 hours in its representation of the Debtors. Based upon its customary hourly rates, Sonoran total fees and costs are $40,755.04.

B. Summary of Services Performed by Sonoran

Sonoran has prepared this Fee Application in compliance with the UST Guidelines, reflecting a categorization of specific tasks as applicable for CRO, management and financial advisory services. During this Application Period, Sonoran devoted time to the performance of services on behalf of the Debtors. The actual hours expended, services performed, rates charged, and fees incurred are detailed on Exhibit A attached hereto. A narrative summary of the services performed is as follows:

1. Case Administration and Debtors Operations

Sonoran spent 60.35 hours for a total of $20,883.25 in case administration and operations. As to Case Administration, Sonoran's efforts include: reviewing and approving 2004 motions; analyzing monthly transactions and preparing operating reports with AB&J; discussing matters with the Debtors and AB&J raised in such operating reports; corresponding with AB&J regarding case issues, and corresponding with various constituents regarding operational issues and the status of the Cases. Approximately 25.85 hours were devoted to case administration.

As to the Debtors' Operations, Sonoran and the CRO manage and control the Debtors' operations in this bankruptcy. These efforts include day-to-day management of the Debtors, their employees, and general operations. These efforts also include handling payroll, daily accounting entries, month end close entries, client communications, resolving client/customer issues, working to winddown operations and communicating winddown steps with clients and employees, evaluating Debtors' remaining assets and projected receivables, managing employee issues, ensuring ongoing ordinary course expenses are paid; among other things. Approximately 34.50 hours were devoted to the Debtors' Operations.

2. <u>Litigation</u> Sonoran spent 51.30 hours for total fees in the amount of $17,433.50 working with counsel in this category. Sonoran's efforts in this category include evaluating Debtors' litigation claims against third parties; assisting AB&J with preparing for mediation, including reviewing the mediation brief and continuing to draft transfer analyses; ensuring Debtors' compliance under the Plan of Liquidation Support Agreement and items related to mediation and discovery, which includes communications and attending meetings with Debtors' major creditors; among other things.

3. <u>Asset Analysis & Recovery</u> Sonoran spent 0.40 hours for total fees in the amount of $118.00 in this category. Sonoran's efforts include assisting with complete the Thermotek sale transaction, including receipt of purchase proceeds and delivery of units.

4. <u>Meeting of Creditors</u> Sonoran spent 1.00 hours for total fees in the amount of $295.00 in this category. Sonoran's efforts include reviewing filed schedules and monthly operating reports to prepare for the 341 Meeting of Creditors, and attending the 341 Meeting of Creditors.

5. <u>Fee/Employment Application</u> Sonoran spent 6.50 hours for total fees in the amount of $1,917.50 in this category. Sonoran's efforts include compiling hours by

court approved categories and completing the *First Interim Application for Compensation of Fees.*

      C.  <u>Summary of Costs</u>

      1.      The costs for which SONORAN seeks reimbursement totals $107.79. The costs were incurred in connection with the Chapter 11 case, including copying expenses incurred due to the copy requirements and noticing requirements when filing pleadings with the Court. All costs from outside parties, such as Federal Express, mailings, and conference calls are charged at Sonoran's cost.

## II.   **EVALUATING STANDARDS**

      The Ninth Circuit has referred to and adopted the Fifth Circuit's twelve factors that should be considered in awarding fees in bankruptcy cases: 1) The time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the service properly; (4) the preclusion of other employment by the due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the professional; (10) the 'undesirability' of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. <u>Johnson v. Georgia Highway Express, Inc.</u> 488 F.2d 713, 717-19 (5th Cir. 1974). The Ninth Circuit Bankruptcy Appellate Panel concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding fees in a bankruptcy case. <u>See</u> <u>In re Powerine Oil Co.,</u> 71 B.R. 767 (9th Cir. 1986).

      In addition, the provisions of Section 330(a) place a premium on the timeliness of administration of the case. Compensable services must be "performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed." 11 U.S.C. § 330(a)(3)(D).

      As detailed in the Sonoran's retention pleadings, Mr. Perkinson has considerable

{00385845} -6-
Case 2:22-bk-06372-BKM   Doc 177   Filed 12/06/22   Entered 12/06/22 17:10:26   Desc
Main Document   Page 6 of 24

experience and skill as a chief restructuring officer.  Moreover, Sonoran generally has considerable experience in providing financial advisory and turnaround services.  Since the Debtors retained the CRO, the CRO has expended considerable energy on behalf of the Debtors and its estate in an effort to move the Debtors' chapter 11 liquidation to confirmation and an expedient pace, while also managing the Debtors' remaining operations.  Sonoran and the CRO have also been actively working with the Debtors' largest creditors towards consensual confirmation and ensuring a productive mediation of estate claims against certain parties.  The results obtained by Sonoran and the CRO within the time frames of this Application illustrate that it:

1. Possessed and used the expertise required to operate and represent the Debtors in connection with these Cases;

2. Provided services necessary to the administration of the Cases and Debtors' ongoing operations; and

3. Performed the services within a reasonable amount of time commensurate with the complexity, importance, and nature of each task.

Furthermore, based upon the results obtained within the time frame of this Application and the rate charged for the services performed, the compensation requested is reasonable based on the customary compensation charged by a comparably skilled chief restructuring officer and financial advisory firm providing services in Phoenix, Arizona.

## III.  <u>CONCLUSION</u>

Based upon the foregoing, Sonoran respectfully requests that this Court enter an order:

A. Granting this Application in its entirety;

B. Finding that Sonoran's fees are reasonable and appropriate under the circumstances;

C. Allowing and approving compensation for professional services rendered by Sonoran during the Application Period in the total amount of $40,755.04;

D. Allowing and approving reimbursement for actual and necessary expenses that Sonoran incurred during the Application Period in the total amount of $107.79;

E. Authorizing and directing the CRO to immediately pay the aforesaid fees as an allowed administrative expense, to the extent that such payment does not prejudice claims of equal priority; and

F. For any other relief that the Court

DATED: December 6, 2022.

SONORAN CAPITAL ADVISORS

*/s/ Bryan Perkinson*
Bryan Perkinson
Chief Restructuring Officer

**E-FILED** on December 6, 2022 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** mailed the same date via U.S. Mail to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

**COPY** e-mailed the same date to:

Edward K. Bernatavicius
Office of the United States Trustee
230 N. First Avenue, Suite 204
19 Phoenix, AZ 85003-1706
Edward.K.Bernatavicius@usdoj.gov
*Trial Attorney*

Bryan Perkinson
Chief Restructuring Officer
c/o Sonoran Capital Advisors
1733 N. Greenfield Rd., Ste 104
Mesa, AZ 85205
bperkinson@sonorancap.com

Geoffrey Goodman
FOLEY & LARDNER LLP
321 N. Clark St., Suite 3000
Chicago, Illinois 60654
ggoodman@foley.com

Eric S. Goldstein
Jaime A. Welsh
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 0 6103-1919
egoldstein@goodwin.com
JWelsh@goodwin.com
*Attorneys for United Healthcare Insurance
Company and United HealthCare
Services, Inc.*

{00385845}

| | | |
|---|---|---|
| 1 | Alan A. Meda | Janel M. Glynn |
| | BURCH & CRACCHIOLO, P.A. | Lindsi M. Weber |
| 2 | 1850 N. Central Ave., Suite 1700 | THE BURGESS LAW GROUP |
| | Phoenix, AZ 85004 | 3131 E. Camelback Road, Ste. 224 |
| 3 | ameda@bcattorneys.com | Phoenix, AZ 85016 |
| | *Attorney for Pantheon Global Holdings,* | janel@theburgesslawgroup.com |
| 4 | *LLC* | lindsi@theburgesslawgroup.com |
| | | *Counsel for The Aetna Life Insurance* |
| 5 | | *Company, Aetna, Inc., and Aetna Health,* |
| | | *Inc.* |
| 6 | | |
| | Michael W. Carmel, Esq. | Katherine E. Anderson, Esq. |
| 7 | MICHAEL W. CARMEL, LTD. | Craig Solomon Ganz |
| | 80 E. Columbus Avenue | BALLARD SPAHR LLP |
| 8 | Phoenix, AZ 85012-2334 | 1 E. Washington St., Suite 2300 |
| | Michael@mcarmellaw.com | Phoenix, Arizona 85004-2555 |
| 9 | *Attorney for Troon Pain Management* | andersonke@ballardspahr.com |
| | *LLC; Robotic Surgery Center, LLC;* | ganzc@ballardspahr.com |
| 10 | *Physicians Billing Associates, LLC;* | *Counsel for United Healthcare Insurance* |
| | *Facilities Billing Associates, LLC; and* | *Co and United HealthCare Services, Inc* |
| 11 | *Arizona Pain Doctors, LLC* | |
| 12 | Cameron C. Stanley | Dale C. Schian |
| | DICKINSON WRIGHT PLLC | Yusra B. Bokhari |
| 13 | 1850 N. Central Avenue, Suite 1400 | Ashley E. Fitzgibbons |
| | Phoenix, AZ 85004 | GALLAGHER & KENNEDY, PA |
| 14 | cstanley@dickinsonwright.com | 2575 E. Camelback Road, Suite 1100 |
| | courtdocs@dickinsonwright.com | Phoenix, AZ 85016 |
| 15 | *Attorneys for Platinum Pain* | dale.schian@gknet.com |
| | *Management PLLC and Titanium* | yusra.bokhari@gknet.com |
| 16 | *Anesthesia Services PLLC* | ashley.fitzgibbons@gknet.com |
| | | *Attorneys for Gregory & Linda Maxon* |
| 17 | | |
| 18 | */s/ Misty Vasquez* | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

# Exhibit A



Sonoran Capital Advisors
602.405.5380

1733 N Greenfield Rd
Mesa, Arizona
85205
United States

**Billed To**
Advanced Reimbursement
Solutions, LLC & American
Surgical Development, LLC
United States

**Date of Issue**
11/30/2022

**Due Date**
11/30/2022

**Invoice Number**
0000534

**Amount Due (USD)**
# $40,755.04

---

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **Business Operations**<br>Phillip Chapman – Nov 1, 2022<br>Call with P Giles and emails with P Giles, B Perkinson, and C Evans regarding Platinum Pain Management & Titanium Anesthesia Services. Provided AR Aging balances for ownership group accounts. | $295.00 | 0.6 | $177.00 |
| **Business Operations**<br>Phillip Chapman – Nov 1, 2022<br>Emails with C Evans and P Giles regarding contract status of customer Radi Rahimi | $295.00 | 0.2 | $59.00 |
| **Business Operations**<br>Phillip Chapman – Nov 1, 2022<br>Provide B Perkinson and P Giles with bank account balances and November 2022 invoicing totals. | $295.00 | 0.2 | $59.00 |
| **Business Operations**<br>Phillip Chapman – Nov 1, 2022<br>Call with N Hanson regarding payroll, banking, and accounting | $295.00 | 0.2 | $59.00 |
| **Case Administration**<br>Phillip Chapman – Nov 1, 2022<br>Call with B Lozona regarding Linda Maxon and Trust Bank Account information. Searched ARS / ASD accounting records for same | $295.00 | 0.7 | $206.50 |
| **Business Operations**<br>Phillip Chapman – Nov 1, 2022<br>Worked on closing pre-petition bank accounts | $295.00 | 0.5 | $147.50 |
| **Litigation**<br>Phillip Chapman – Nov 1, 2022<br>Telephonic Ch 11 Status Conference | $295.00 | 0.5 | $147.50 |

| | | | |
|---|---|---|---|
| Meeting of Creditors<br>Phillip Chapman – Nov 1, 2022<br>Completed ARS & ASD 341 meeting of creditors | $295.00 | 1 | $295.00 |
| Case Administration<br>Bryan Perkinson – Nov 1, 2022<br>Email correspondence with Phil C. | $495.00 | 0.3 | $148.50 |
| Case Administration<br>Bryan Perkinson – Nov 1, 2022<br>Prep for and attendance of status conference. | $495.00 | 0.8 | $396.00 |
| Case Administration<br>Bryan Perkinson – Nov 1, 2022<br>Prep for and attendance of 341. | $495.00 | 2 | $990.00 |
| Case Administration<br>Phillip Chapman – Nov 2, 2022<br>Email with P Giles regarding J Webb commission claim | $295.00 | 0.1 | $29.50 |
| Business Operations<br>Phillip Chapman – Nov 2, 2022<br>Emails with C Maldonado regarding updates on PPP loan forgiveness | $295.00 | 0.3 | $88.50 |
| Litigation<br>Phillip Chapman – Nov 2, 2022<br>Started working on saving requested QB data files, 2015 through petition date, and setting up guest users that can be used to view the data. | $295.00 | 2.1 | $619.50 |
| Case Administration<br>Phillip Chapman – Nov 2, 2022<br>Emails with N Moore and call with P Giles regarding QB data files 2015 though petition date | $295.00 | 0.2 | $59.00 |
| Case Administration<br>Phillip Chapman – Nov 2, 2022<br>Emails with E Goldstein regarding transfer analysis. Coordinate conference call regarding the same. | $295.00 | 0.4 | $118.00 |
| Case Administration<br>Phillip Chapman – Nov 2, 2022<br>Emails with P Giles, C Evans, and B Perkinson regarding Radi Rahimi. Gather contracts and 2022 payments for same and sent to P Giles. | $295.00 | 0.9 | $265.50 |
| Case Administration<br>Phillip Chapman – Nov 2, 2022<br>Emails with S Gomez & P Giles regarding status of closing pre-petition accounts and provided copy of 2021 ASD tax return filing. | $295.00 | 0.3 | $88.50 |
| Case Administration<br>Phillip Chapman – Nov 2, 2022<br>Follow up on status of closing pre-petition bank accounts. | $295.00 | 0.4 | $118.00 |
| Case Administration<br>Phillip Chapman – Nov 2, 2022<br>Weekly operations and AR collection status call with C Evans. | $295.00 | 0.7 | $206.50 |

| | | | |
|---|---|---|---|
| Case Administration<br>Bryan Perkinson – Nov 2, 2022<br>Call to Phil G and email with Eric and Phil G about United overcharge issues. | $495.00 | 0.5 | $247.50 |
| Case Administration<br>Bryan Perkinson – Nov 2, 2022<br>Email correspondence regarding doctor disputes and support for claims. | $495.00 | 0.4 | $198.00 |
| Time<br>Bryan Perkinson – Nov 2, 2022<br>Email correspondence with regarding transfers analysis with Phil G and Phil C and Aetna and United. | $495.00 | 0.7 | $346.50 |
| Litigation<br>Bryan Perkinson – Nov 3, 2022<br>Review updated transfer analysis. | $495.00 | 0.8 | $396.00 |
| Case Administration<br>Bryan Perkinson – Nov 3, 2022<br>Email correspondence with Phil G and Phil C regarding issues with owners, and other invoice issues. | $495.00 | 1.5 | $742.50 |
| Fee/Employment Applications<br>Phillip Chapman – Nov 3, 2022<br>Call with B Perkinson discussing schedule and First Fee App | $295.00 | 0.1 | $29.50 |
| Litigation<br>Phillip Chapman – Nov 3, 2022<br>Start additional analysis of credit card transactions for Transfer Analysis. Call with P Giles and emails regarding the same. | $295.00 | 3.4 | $1,003.00 |
| Case Administration<br>Phillip Chapman – Nov 3, 2022<br>Download and email Balance Sheets requested by P Giles. | $295.00 | 0.3 | $88.50 |
| Litigation<br>Phillip Chapman – Nov 4, 2022<br>Call with Aetna, UCH, P Giles, and B Perkinson regarding Transfer Analysis. Continue analysis of credit card transaction regarding the same. | $295.00 | 3.5 | $1,032.50 |
| Fee/Employment Applications<br>Phillip Chapman – Nov 4, 2022<br>Start revisions to invoicing to separate in to appropriate categories for First Fee Application. Calls with P Giles and S Gomez regarding the same. | $295.00 | 2.7 | $796.50 |
| Case Administration<br>Bryan Perkinson – Nov 4, 2022<br>Prep for and attendance of hearing. | $495.00 | 1 | $495.00 |
| Litigation<br>Bryan Perkinson – Nov 4, 2022<br>Call with Aetna and United. | $495.00 | 1 | $495.00 |

| | | | |
|---|---|---|---|
| Litigation<br>Phillip Chapman – Nov 5, 2022<br>Finished creating 2015 - Sep 22, 2022 QB Data files and Guest user accounts requested by Aetna and UHC counsel. Shared Dropbox folder with group. | $295.00 | 0.9 | $265.50 |
| Fee/Employment Applications<br>Phillip Chapman – Nov 5, 2022<br>Completed revisions to First Fee Application. Correspondence with B Perkinson and P Giles regarding the same. | $295.00 | 2.7 | $796.50 |
| Fee/Employment Applications<br>Phillip Chapman – Nov 6, 2022<br>Review P Giles comments on First Fee App and make corrections to invoice and Fee App. Emailed revised Fee App and Invoice to B Perkinson and P Giles for approval | $295.00 | 0.5 | $147.50 |
| Litigation<br>Phillip Chapman – Nov 7, 2022<br>Updated Transfer Analysis to include additional Credit Card Charges | $295.00 | 4.5 | $1,327.50 |
| Fee/Employment Applications<br>Phillip Chapman – Nov 7, 2022<br>Reviewed and approved final First Fee App, Bar Date Notice, and Sonoran invoice. | $295.00 | 0.5 | $147.50 |
| Case Administration<br>Bryan Perkinson – Nov 7, 2022<br>Email correspondence with Phil G and United and Aetna's counsel. Review changes to draft disclosure statement. | $495.00 | 0.75 | $371.25 |
| Litigation<br>Phillip Chapman – Nov 8, 2022<br>Provide pre-petition bank account closure letters to P Giles | $295.00 | 0.2 | $59.00 |
| Business Operations<br>Phillip Chapman – Nov 8, 2022<br>Review and approve weekly payroll | $295.00 | 0.2 | $59.00 |
| Business Operations<br>Phillip Chapman – Nov 8, 2022<br>Emails with B Maldonado, P Giles, and B Perkinson regarding receptionist desk. Researched purchase and what entity the desk is on the accounting records on. | $295.00 | 0.7 | $206.50 |
| Litigation<br>Phillip Chapman – Nov 8, 2022<br>Create Transfer analysis with additional date as requested by UHC & Aetna. | $295.00 | 3.5 | $1,032.50 |
| Business Operations<br>Phillip Chapman – Nov 8, 2022<br>Emails with A Duncan regarding scheduling a meeting regarding IT plans and needs going forward. | $295.00 | 0.2 | $59.00 |
| Litigation<br>Bryan Perkinson – Nov 8, 2022<br>Email correspondence with Phil G regarding mediation issues and | $495.00 | 2.5 | $1,237.50 |

other litigation and discovery issues. Review transfer analysis with Phil C.

| | | | |
|---|---|---|---|
| Litigation<br>Phillip Chapman – Nov 9, 2022<br>Search for previous mediation documents and email correspondence with P Giles and B Perkinson regarding findings. | $295.00 | 2.1 | $619.50 |
| Business Operations<br>Phillip Chapman – Nov 9, 2022<br>Weekly operation and AR collections call with B Perkinson and C Evans | $295.00 | 1 | $295.00 |
| Business Operations<br>Bryan Perkinson – Nov 9, 2022<br>Email with Corrie regarding collections. | $495.00 | 0.5 | $247.50 |
| Litigation<br>Phillip Chapman – Nov 10, 2022<br>Provide P Giles with 1 year insiders report. Added additional starting date ranges in Transfer Analysis. Cals with P Giles and email completed updated transfer analysis to P Giles and B Perkinson. | $295.00 | 3.2 | $944.00 |
| Business Operations<br>Phillip Chapman – Nov 10, 2022<br>Meeting with A Duncan regarding IT status, go forward plans, system back up, and personnel. | $295.00 | 1.5 | $442.50 |
| Litigation<br>Bryan Perkinson – Nov 10, 2022<br>Email correspondence and changes to memo. | $495.00 | 1.3 | $643.50 |
| Litigation<br>Bryan Perkinson – Nov 11, 2022<br>Email correspondence with Phil G and counsel for A and U regarding various transfer issues and financial production. | $495.00 | 1.2 | $594.00 |
| Litigation<br>Bryan Perkinson – Nov 13, 2022<br>Email and review of mediation memo files sent by Phil G. | $495.00 | 0.9 | $445.50 |
| Business Operations<br>Phillip Chapman – Nov 14, 2022<br>Email correspondence with G Robinson regarding reviewing and approving weekly payroll. | $295.00 | 0.3 | $88.50 |
| Litigation<br>Phillip Chapman – Nov 14, 2022<br>Created Payment / Transfer report only for Maldonado parents per P Giles request. Sent report to P Giles and B Perkinson for review | $295.00 | 1 | $295.00 |
| Litigation<br>Phillip Chapman – Nov 14, 2022<br>Download and send ARS & ASD BS to P Giles as of insolvency date 01/23/20 | $295.00 | 0.2 | $59.00 |
| Litigation | $295.00 | 0.6 | $177.00 |

Phillip Chapman – Nov 14, 2022
Update ARS & ASD Transfer Analysis to include AFT & CFT calculations.

| | | | |
|---|---|---|---|
| **Litigation**<br>Phillip Chapman – Nov 14, 2022<br>Emails with N Moore regarding updated QB files for Debtors | $295.00 | 0.1 | $29.50 |
| **Asset Analysis and Recovery/Sale**<br>Phillip Chapman – Nov 14, 2022<br>Emails with P Giles and B Perkinson regarding receipt of payment from sale of ThermoTek units and disposal of inoperable units. Email with N Hanson regarding processing receipt of payment. | $295.00 | 0.2 | $59.00 |
| **Litigation**<br>Phillip Chapman – Nov 14, 2022<br>Review Maldonado Supplemental Disclosures | $295.00 | 0.5 | $147.50 |
| **Litigation**<br>Bryan Perkinson – Nov 14, 2022<br>Review of mediation memo - revisions. | $495.00 | 1.9 | $940.50 |
| **Case Administration**<br>Bryan Perkinson – Nov 14, 2022<br>Email correspondence with Phil G and Phil C including Dale filings and review. | $495.00 | 1.9 | $940.50 |
| **Litigation**<br>Phillip Chapman – Nov 15, 2022<br>Email correspondence with P Giles regarding MLD meaning (Maldonado Medical) | $295.00 | 0.1 | $29.50 |
| **Litigation**<br>Phillip Chapman – Nov 15, 2022<br>Add summary to Additional Transfers 2015 - 9/22/18. Emailed revised report to P Giles. | $295.00 | 0.9 | $265.50 |
| **Litigation**<br>Phillip Chapman – Nov 15, 2022<br>Review Mediation Brief. Call with P Giles regarding the same. Email to P Giles regarding accounting procedures footnote to be included in Mediation Brief. | $295.00 | 1.3 | $383.50 |
| **Business Operations**<br>Phillip Chapman – Nov 15, 2022<br>Create deposit in Stretto and requested FedEx label from East West bank. Emails with N Hanson regarding deposit. | $295.00 | 0.4 | $118.00 |
| **Litigation**<br>Phillip Chapman – Nov 15, 2022<br>Call and emails with B Lozano regarding needing information on parents employment history with Debtors. Review of email regarding the same. | $295.00 | 0.5 | $147.50 |
| **Business Operations**<br>Phillip Chapman – Nov 15, 2022<br>Download and email C Evans weekly AR Aging and deposit details in preparation for weekly AR collections and Deposit meeting. | $295.00 | 0.4 | $118.00 |

| | | | |
|---|---|---|---|
| Case Administration<br>Bryan Perkinson – Nov 15, 2022<br>Email correspondence. | $495.00 | 1.5 | $742.50 |
| Litigation<br>Phillip Chapman – Nov 16, 2022<br>Completed ARS MOR for Oct 2022. Saved down and email supporting<br>documents, with completed MOR's to P Giles and AB&J. | $295.00 | 2 | $590.00 |
| Litigation<br>Phillip Chapman – Nov 16, 2022<br>Email correspondence with P Giles and B Perkinson regarding creating<br>a copy of legal drive. Purchased external drive and started coping the<br>legal drive. | $295.00 | 0.7 | $206.50 |
| Case Administration<br>Bryan Perkinson – Nov 16, 2022<br>Email correspondence regarding MORs. | $495.00 | 0.3 | $148.50 |
| Business Operations<br>Bryan Perkinson – Nov 16, 2022<br>Emails with Phil C and Chris regarding AMEX recon and other billing<br>issues. | $495.00 | 0.4 | $198.00 |
| Time<br>Bryan Perkinson – Nov 16, 2022<br>Multiple status calls with Phil G regarding case status and filings. Email<br>follow up. | $495.00 | 0.7 | $346.50 |
| Case Administration<br>Bryan Perkinson – Nov 16, 2022<br>Email correspondence with Phil G and Vinay. | $495.00 | 0.3 | $148.50 |
| Case Administration<br>Bryan Perkinson – Nov 16, 2022<br>Email correspondence with Corri and Phil regarding operational and<br>billing issues. | $495.00 | 0.9 | $445.50 |
| Litigation<br>Phillip Chapman – Nov 17, 2022<br>Call with B Perkinson regarding MOR's. | $295.00 | 0.1 | $29.50 |
| Business Operations<br>Phillip Chapman – Nov 17, 2022<br>Request collection updates from C Evans for Dr. V and Edward Kwak. | $295.00 | 0.2 | $59.00 |
| Business Operations<br>Phillip Chapman – Nov 17, 2022<br>Provide current cash balances to P Giles and B Perkinson | $295.00 | 0.2 | $59.00 |
| Litigation<br>Phillip Chapman – Nov 17, 2022<br>Call with S Gomez regarding ARS / ASD MOR's. Made corrections and<br>sent out Final MOR's for reviewal. | $295.00 | 0.8 | $236.00 |
| Litigation | $295.00 | 1.6 | $472.00 |

Phillip Chapman – Nov 17, 2022
Completed ASD MOR for Oct 2022. Saved down and email supporting
documents, with completed MOR's to P Giles and AB&J.

| | | | |
|---|---|---|---|
| Business Operations | $295.00 | 0.5 | $147.50 |
| Phillip Chapman – Nov 17, 2022<br>Issue payments to US Trustees for 3rd quarter fees. Mail out payments<br>and drop off FedEx deposits. | | | |
| Case Administration | $495.00 | 0.9 | $445.50 |
| Bryan Perkinson – Nov 17, 2022<br>MOR review | | | |
| Case Administration | $495.00 | 1.3 | $643.50 |
| Bryan Perkinson – Nov 17, 2022<br>Multiple update calls with Phil G and Phil C. Email correspondence. | | | |
| Litigation | $495.00 | 0.5 | $247.50 |
| Bryan Perkinson – Nov 18, 2022<br>Email correspondence regarding parents. | | | |
| Case Administration | $495.00 | 0.3 | $148.50 |
| Bryan Perkinson – Nov 18, 2022<br>Emails with Phil and Vinay regarding fees and insurance. | | | |
| Case Administration | $495.00 | 0.3 | $148.50 |
| Bryan Perkinson – Nov 18, 2022<br>Review filings. | | | |
| Business Operations | $495.00 | 0.4 | $198.00 |
| Bryan Perkinson – Nov 18, 2022<br>Review AR report and weitzman info. Email correspondence. | | | |
| Business Operations | $295.00 | 0.6 | $177.00 |
| Phillip Chapman – Nov 18, 2022<br>Provide Weitzman breakdowns for amounts on schedules. | | | |
| Case Administration | $495.00 | 0.9 | $445.50 |
| Bryan Perkinson – Nov 21, 2022<br>Email correspondence and calls regarding Lara Albertson matter. | | | |
| Litigation | $295.00 | 0.7 | $206.50 |
| Phillip Chapman – Nov 21, 2022<br>Work on copying legal drive. The process stopped. Verified what was<br>previously copied and started copying remaining data. | | | |
| Business Operations | $295.00 | 0.3 | $88.50 |
| Phillip Chapman – Nov 21, 2022<br>Review and approve payroll. | | | |
| Business Operations | $295.00 | 0.2 | $59.00 |
| Phillip Chapman – Nov 21, 2022<br>Emails with L Taylor regarding checks received for ARS deposit | | | |
| Time | $495.00 | 0.3 | $148.50 |
| Bryan Perkinson – Nov 22, 2022 | | | |

| Litigation | $495.00 | 0.9 | $445.50 |
|---|---|---|---|
| Bryan Perkinson – Nov 22, 2022 | | | |
| Emails with Phil G, Geoff, and Eric regarding mediation, combined hearing other issues. | | | |

| Case Administration | $495.00 | 1.6 | $792.00 |
|---|---|---|---|
| Bryan Perkinson – Nov 22, 2022 | | | |
| Email correspondence with Phil and Phil regarding PPP, commissions, claims and other status issues. | | | |

| Business Operations | $495.00 | 0.6 | $297.00 |
|---|---|---|---|
| Bryan Perkinson – Nov 22, 2022 | | | |
| Review of Weitzman claims and email correspondence. | | | |

| Business Operations | $295.00 | 0.2 | $59.00 |
|---|---|---|---|
| Phillip Chapman – Nov 22, 2022 | | | |
| Call with B Perkinson regarding updates, status, and action items. | | | |

| Business Operations | $295.00 | 0.2 | $59.00 |
|---|---|---|---|
| Phillip Chapman – Nov 22, 2022 | | | |
| Respond to emails from B Perkinson regarding ERC filing and data provided to CBIZ. | | | |

| Litigation | $295.00 | 0.7 | $206.50 |
|---|---|---|---|
| Phillip Chapman – Nov 22, 2022 | | | |
| Start calculation for former employee J Webb commission. | | | |

| Business Operations | $295.00 | 0.7 | $206.50 |
|---|---|---|---|
| Phillip Chapman – Nov 22, 2022 | | | |
| Answer emails from C Evans regarding researching deposits received for Weitzman and Commons groups. | | | |

| Business Operations | $295.00 | 0.6 | $177.00 |
|---|---|---|---|
| Phillip Chapman – Nov 22, 2022 | | | |
| Layoff employee L Dukes. There was not enough work due to business slowing down. Communicated layoff to G Robinson, B Lozano, A Duncan. | | | |

| Business Operations | $295.00 | 0.5 | $147.50 |
|---|---|---|---|
| Phillip Chapman – Nov 22, 2022 | | | |
| Call and email with B Maldonado regarding Vehicles and fixed assets. | | | |

| Case Administration | $495.00 | 0.3 | $148.50 |
|---|---|---|---|
| Bryan Perkinson – Nov 23, 2022 | | | |
| Email correspondence with Phil G and Phil C. | | | |

| Business Operations | $495.00 | 1.5 | $742.50 |
|---|---|---|---|
| Bryan Perkinson – Nov 23, 2022 | | | |
| Review ops materials and call with Corri and Phil. | | | |

| Business Operations | $295.00 | 0.2 | $59.00 |
|---|---|---|---|
| Phillip Chapman – Nov 23, 2022 | | | |
| Coordinate B Maldonado picking up receptionist desk | | | |

| Litigation | $295.00 | 1.1 | $324.50 |
|---|---|---|---|
| Phillip Chapman – Nov 23, 2022 | | | |
| Completed J Webb commission calculation. Email correspondence with | | | |

P Giles and J Webb regarding the same.

| | | | |
|---|---|---|---|
| Business Operations<br>Phillip Chapman – Nov 23, 2022<br>Weekly operations call with C Evans and B Perkinson | $295.00 | 1 | $295.00 |
| Litigation<br>Phillip Chapman – Nov 25, 2022<br>Check status of copying legal drive. | $295.00 | 0.2 | $59.00 |
| Litigation<br>Phillip Chapman – Nov 28, 2022<br>Call with P Giles regarding prepetition AR aging balances. Provided reports to P Giles on requested claims from schedules. | $295.00 | 1.6 | $472.00 |
| Business Operations<br>Phillip Chapman – Nov 28, 2022<br>Review and authorize weekly payroll. Email and call with N Hanson with payroll entry issue. Emails with G Robinson regarding issue with reports and reports needed to complete accounting entry for payroll. | $295.00 | 0.8 | $236.00 |
| Business Operations<br>Bryan Perkinson – Nov 28, 2022<br>Emails related to billing and collections issues. | $495.00 | 0.3 | $148.50 |
| Litigation<br>Bryan Perkinson – Nov 28, 2022<br>Email correspondence related to Mediation | $495.00 | 0.5 | $247.50 |
| Case Administration<br>Bryan Perkinson – Nov 28, 2022<br>Call with Phil Giles. | $495.00 | 0.3 | $148.50 |
| Litigation<br>Phillip Chapman – Nov 29, 2022<br>Dropped of drive with copy of legal drive to P Giles. | $295.00 | 1.2 | $354.00 |
| Business Operations<br>Phillip Chapman – Nov 29, 2022<br>Review email from B Lozano regarding former employee K Collins. Forwarded email and letter from Labor Dept to P Giles and B Perkinson. | $295.00 | 0.2 | $59.00 |
| Business Operations<br>Phillip Chapman – Nov 29, 2022<br>Email correspondence with C Evans regarding Dr. Vengurlekar. Call with B Perkinson and P Giles regarding email | $295.00 | 0.4 | $118.00 |
| Business Operations<br>Phillip Chapman – Nov 29, 2022<br>Download and email weekly aging reports and deposit history to C Evans for collection update meeting. | $295.00 | 0.6 | $177.00 |
| Business Operations<br>Phillip Chapman – Nov 29, 2022<br>Call with B Lozano regarding business insurance policies. Requested COI's showing extended date of policies. | $295.00 | 0.3 | $88.50 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| **Case Administration**<br>Bryan Perkinson – Nov 29, 2022<br>Email correspondence regarding hearing, insurance issues, and billing. Call with Phil Giles on follow up of hearing. | $495.00 | 2.1 | $1,039.50 |
| **Business Operations**<br>Phillip Chapman – Nov 30, 2022<br>Emails with C McLaws and C Evans regarding ACH deposits received. Review weekly AR aging reports, collection comments, and updates. | $295.00 | 0.5 | $147.50 |
| **Asset Analysis and Recovery/Sale**<br>Phillip Chapman – Nov 30, 2022<br>Work with B Maldonado crew sent to pick up receptionist desk. | $295.00 | 0.2 | $59.00 |
| **Business Operations**<br>Phillip Chapman – Nov 30, 2022<br>Checked ARS / ASD mail and sorted through mail. Created deposit for physical checks. Received ACH receipts into Stretto software. Provided updated bank balances to B Perkinson and P Giles | $295.00 | 0.7 | $206.50 |
| **Business Operations**<br>Phillip Chapman – Nov 30, 2022<br>Operations meeting with C Evan, B Perkinson, P Giles. Discussed collections and issues with operations. | $295.00 | 1.2 | $354.00 |
| **Best Buy**<br>Nov 16, 2022 - WD 4TB Portable Drive | $107.79 | 1 | $107.79 |
| **Accounting Support**<br>Nicole Hanson - Nov 1, 2022<br>Download/Enter new bank transactions/Download statements and reconcile/Check for HSA & Payroll/Email Phil/Phone call with Phil/Move 401K&HSA pending transaction to new accounts/Email Gail/Payroll Spreadsheet and Payroll entry | $150.00 | 2 | $300.00 |
| **Accounting Support**<br>Nicole Hanson - Nov 2, 2022<br>Download/Enter new bank transactions/Check for bank statements/Email Phil | $150.00 | 0.3333 | $50.00 |
| **Accounting Support**<br>Nicole Hanson - Nov 3, 2022<br>Download/Enter new bank transactions/Check for bank statements | $150.00 | 0.3333 | $50.00 |
| **Accounting Support**<br>Nicole Hanson - Nov 4, 2022<br>Download/Enter new bank transactions/Check for bank statements | $150.00 | 0.25 | $37.50 |
| **Accounting Support**<br>Nicole Hanson - Nov 6, 2022<br>Download/Enter new bank transactions/Download bank statements/Reconcile ASD/Email Phil & Gail to switch out of single user for ARS | $150.00 | 0.3333 | $50.00 |
| **Accounting Support**<br>Nicole Hanson - Nov 9, 2022<br>Download/Enter new bank transactions/Reconcile ARS/Enter AP/Payroll Spreadsheet/Payroll Entry/Email Phil | $150.00 | 2 | $300.00 |

| | | | |
|---|---|---|---|
| Accounting Support<br>Nicole Hanson - Nov 10, 2022<br>Download/Enter new bank transactions | $150.00 | 0.3333 | $50.00 |
| Accounting Support<br>Nicole Hanson - Nov 11, 2022<br>Download/Enter new bank transactions | $150.00 | 0.25 | $37.50 |
| Accounting Support<br>Nicole Hanson - Nov 14, 2022<br>Download/Enter new bank transactions/Receive Payment/Update HSA/Payroll Spreadsheet & Payroll Entry/Email Phil | $150.00 | 2 | $300.00 |
| Accounting Support<br>Nicole Hanson - Nov 15, 2022<br>Download/Enter new bank transactions/Receive Payments/Email Phil | $150.00 | 0.5 | $75.00 |
| Accounting Support<br>Nicole Hanson - Nov 16, 2022<br>Download/Enter new bank transactions/Receive Payments/Email Phil | $150.00 | 0.25 | $37.50 |
| Accounting Support<br>Nicole Hanson - Nov 17, 2022<br>Download/Enter new bank transactions/Phone call with Phil on duplicate transactions and needed details from Stretto/Email to Stretto & EW Bank | $150.00 | 0.3333 | $50.00 |
| Accounting Support<br>Nicole Hanson - Nov 18, 2022<br>Download/Enter new bank transactions/Email Morgan with Stretto and Phil | $150.00 | 0.25 | $37.50 |
| Accounting Support<br>Nicole Hanson - Nov 21, 2022<br>Download/Enter new bank transactions/Update HSA/Start Payroll Spreadsheet/Email Phil | $150.00 | 0.5 | $75.00 |
| Accounting Support<br>Nicole Hanson - Nov 22, 2022<br>Download/Enter new bank transactions/Email Morgan with Stretto | $150.00 | 0.25 | $37.50 |
| Accounting Support<br>Nicole Hanson - Nov 23, 2022<br>Download/Enter new bank transactions/Email Gail & Phil | $150.00 | 0.25 | $37.50 |
| Accounting Support<br>Nicole Hanson - Nov 25, 2022<br>Download/Enter new bank transactions | $150.00 | 0.25 | $37.50 |
| Accounting Support<br>Nicole Hanson - Nov 28, 2022<br>Download/Enter new bank transactions/Update Payroll Spreadsheets/Payroll entry/Phone call with Phil/Emails to Gail with needed uploads she uploaded incorrect files/Emails to Stretto | $150.00 | 2.5833 | $387.50 |
| Accounting Support | $150.00 | 0.5 | $75.00 |

Nicole Hanson - Nov 29, 2022
Download/Enter new bank transactions/Transfers

| Accounting Support | $150.00 | 0.5 | $75.00 |
| --- | --- | --- | --- |

Nicole Hanson - Nov 30, 2022
Download/Enter new bank transactions/Receive Payments

| | Subtotal | 40,755.04 |
| --- | --- | --- |
| | Tax | 0.00 |
| | Total | 40,755.04 |
| | Amount Paid | 0.00 |
| | Amount Due (USD) | $40,755.04 |

```
********** START RECEIPT **********

        Welcome to Best Buy #869
             3100 W FRYE RD
           CHANDLER, AZ 85226

Val:100001-486020-079896-194419-033880-42181
        0869 042 4444 11/16/22 17:43


 6406511    WDBAJP0040B          99.99
        WD 4TB EASYSTORE PORTABLE DRI
             119.99  Was Price
             20.00- Sale Discount
        Sales Tax              7.80
                           ----------
                    Subtotal   99.99
                   Sales Tax    7.80
                           ==========
                      Total   107.79
**********9269   ChipRead USD$  107.79
           VISA CREDIT - VISA
        CHAPMAN/PHILLIP
           Approval 816134
        CARD ENTRY: Chip MODE: Issuer
           AID: A0000000031010
               Other Savings:   20.00
               Total Savings:   20.00
           My Best Buy
         Member ID 2840191788

               PHILLIP,
  Thanks for shopping at Best Buy today!
Your My Best Buy balance as of 07/28/2022
           Posted points: 81
       Go to BestBuy.com for more info
```