ORDERED ACCORDINGLY.

Dated: December 29, 2022

_____
Brenda K. Martin, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| ADVANCED REIMBURSEMENT SOLUTIONS, LLC, et. al., | Case No. 2:22-bk-06372-BKM |
| Debtors. | (Jointly Administered) |
| This filing applies to:<br>☒ ALL DEBTORS<br>☐ ADVANCED REIMBURSEMENT SOLUTIONS, LLC;<br>☐ AMERICAN SURGICAL DEVELOPMENT, LLC | Case No. 2:22-bk-06372-BKM<br>Case No. 2:22-bk-06373-BKM<br><br>**ORDER GRANTING SECOND MOTION TO CONTINUE HEARING ON FINAL APPROVAL OF THE DEBTORS' DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN** |

Having reviewed and considered the *Second Motion to Continue Hearing on Final Approval of the Debtors' Disclosure Statement and Confirmation of Plan* ("Motion") [ECF No. 186] filed by Advanced Reimbursement Solutions, LLC and American Surgical Development, LLC (collectively, the "Debtors"), wherein the Debtors request to continue the hearing on final approval of the *Debtors' Amended Disclosure Statement Dated November 8, 2022* [ECF No. 124] and confirmation of the *Debtors' Amended Plan of Liquidation Dated November 8, 2022* [ECF No. 123] (the "Combined Hearing") currently set for January 10, 2023 at 1:30 p.m., and good cause appearing,

{00388755}

**IT IS HEREBY ORDERED** approving the Motion.

**IT IS FURTHER ORDERED** rescheduling the Combined Hearing to **February 16, 2023 at 1:30 p.m**. The Combined Hearing will be held in Courtroom 701, at the 230 North 1st Avenue, Suite 101, Phoenix, AZ 85003. Parties may request to appear telephonically by contacting Jennifer Lowry, Courtroom Deputy, at Jennifer_Lowry@azb.uscourts.gov.

**IT IS FURTHER ORDERED** resetting the deadline for any creditor desiring to vote for or against confirmation of the Plan to five (5) business prior to the continued Combined Hearing or February 9, 2023. To be timely, a completed Ballot must be delivered to the Debtors at the address listed in the above paragraph by February 9, 2023.

**IT IS FURTHER ORDERED** the Debtors shall file a report, consistent with Local Bankruptcy Rule 3018-1, no later than three (3) business days prior to the continued Combined Hearing or by February 13, 2023.

**DATED AND SIGNED ABOVE**