William Novotny (#004239)
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue
Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
wnovotny@dickinsonwright.com
*Attorneys for*
*Arizona Pain Centers, LLC and*
*Arizona Pain Ventures, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ADVANCED REIMBURSEMENT SOLUTIONS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>No. 2:22-bk-06372-BKM<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE FROM CASE AND TERMINATION OF ELECTRONIC CASE FILINGS** |

William Novotny of Dickinson Wright PLLC hereby files this notice of withdrawal of his appearance on behalf of Arizona Pain Centers, LLC and Arizona Pain Ventures, LLC in the above-captioned cases (Docket No. 105) and requests that he be removed from the court mailing matrix and the official service list in these Chapter 11 cases.

DATED: February 28, 2023.

**DICKINSON WRIGHT PLLC**

*WN/4239*
By: _____
William Novotny
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for Arizona Pain Centers, LLC and Arizona Pain Ventures, LLC*

*Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.*

4856-5455-0552 v1 [54108-94]