# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ADVANCED REIMBURSEMENT SOLUTIONS, LLC |
| **Case Number:** | 2:22-BK-06372-BKM    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 16, 2023 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | LETICIA OROSCO |

### Matter:

CHAPTER 11 STATUS CONFERENCE

**R / M #:** 80 / 0

### Appearances:

PHILIP J GILES, ATTORNEY FOR ADVANCED REIMBURSEMENT SOLUTIONS, LLC
JANEL GLYNN, ATTORNEY FOR AETNA
GEOFFREY GOODMAN, ATTORNEY FOR AETNA
JAIME WELSH, ATTORNEY FOR UNITED HEALTHCARE INSURANCE COMPANY

### Proceedings:

Mr. Giles advises that a settlement was reached with the Maldonado parties, which is in the process of being documented. The debtor is also still working on a settlement with Mr. James Allen, however no settlement was reached with the Maxons, represented by Mr. Schian. Mr. Giles indicates that there will be three 9019 motions filed and discusses what will happen in the case over the next few weeks. He asks that the 9019 motions be heard on April 25, 2023, along with the plan confirmation and disclosure statement hearing, if needed.

COURT: THE COURT WILL RESERVE TIME ON APRIL 25, 2023, WHICH CAN BE USED FOR THE ADDITIONAL MOTIONS IF NEEDED.